# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:
**ALEX RIVERA DEGLANS, and**
**IRELSY VELAZQUEZ REYES**
*Debtor(s)*

Case No. **11-02161**

Chapter **11**

## NOTICE TO CREDITORS IN CHAPTER 11 CASE SCHEDULED
## AS DISPUTED, CONTINGENT, OR UNLIQUIDATED

**PLEASE TAKE NOTICE** that pursuant to P.R. LBR 1007-1(d), notice is hereby given to creditors listed below that their claims have been scheduled by Debtors as disputed, contingent, or unliquidated. Accordingly, those creditors are advised of their right to file proofs of claim and that failure to do so may prevent them from voting under the Plan or participating in any distribution thereunder. A Proof of Claim form is included in this notice for your convenience.

   a. **AURORA LOAN SERVICES-V** PO BOX 1706 Scottsbluff NE 69363-1706
   b. **DANIEL RODRIGUEZ-V** SABANA GARDENS CALLE 28 BLQ 13 #18 Carolina PR 00983
   c. **JESUS FALERO RIVERA Y CARMEN MENDEZ AVILES** PMB 565 PO BOX 30000 Canovanas PR 00729
   d. **WELLS FARGO HOME MORTGAGE-V** PO BOX 14547 Des Moines IA 50306-3547

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the US Trustee and to all CM/ECF participants. I further certify that I will send notification of this document via regular US Mail to the mailing addresses of the creditors listed above.

In San Juan, Puerto Rico this March 15, 2011.

**ALMEIDA & DÁVILA, P.S.C.**
PO Box 191757
San Juan, Puerto Rico 00919-1757
Phone: (787) 722-2500
Fax: (787) 722-2227

/S/ **ENRIQUE M. ALMEIDA BERNAL**
USDC-PR 217701
Email: ealmeida@almeidadavila.com

/S/ **ZELMA DÁVILA CARRASQUILLO**
USDC-PR 218913
Email: zdavila@almeidadavila.com