# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | | | |
|---|---|---|---|
| IN RE: | ALEX ROBERTO RIVERA DEGLANS | | CASE NUMBER: 11-02161 ESL |
| | IRELSY JOANNA VELAZQUEZ REYES | | |
| | DEBTORS | | CHAPTER 11 |

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM      1-Apr-11    TO    30-Apr-11

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated   6/3/11

_____
Alex Roberto, the Debtor

ALMEIDA & DAVILA, P.S.C.
PO Box 191757
San Juan, Puerto Rico 00919-1757
Phone: (787) 722-2500
Fax: (787) 722-2227

**ALEX ROBERTO RIVERA DEGLANS**
ESTANCIAS DE SAN FERNANDO
H7 CALLE 1
CAROLINA PR 00985-5207
787-603-5827

**ENRIQUE M. ALMEIDA BERNAL**
USDC-PR 217701
email: ealmeida@almeidadavila.com

**ZELMA DAVILA CARRASQUILLO**
USDC-PR 218913
Email: zdavila@almeidadavila.com

Note: The original Monthly Operating Report is to be filed with the court and a copy, simultaneously, given directly to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website:
http://www.usdoj.gov/ust/r21/reg_info.htm
1. Instructions for Preparation of Debtor's Chapter 11 Monthly Operating Report
2. Initial Filing Requirements
3. Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: Alex Roberto Rivera Deglans

Case Number: 11-02161 (ESL)

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month APRIL | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 583.88 | 583.88 |
| CASH- Beginning of Month (Business) | 951.31 | 951.31 |
| | | |
| Total Household Receipts | 4,052.55 | 7,960.25 |
| Total Business Receipts | 14,295.53 | 24,355.53 |
| Total Receipts | 18,348.08 | 33,952.04 |
| | | |
| Total Household Disbursements | 3,636.28 | 7,313.04 |
| Total Business Disbursements | 11,872.94 | 20,265.61 |
| Total Disbursements | 15,509.22 | 27,578.65 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 2,544.02 | 5,829.55 |
| | | |
| CASH- End of Month (Individual) | 479.14 | 479.14 |
| CASH- End of Month (Business) | 1,573.88 | 1,573.88 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 15,509.22 | 27,578.65 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 4,022.53 | 7,699.29 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 11,486.69 | 19,879.36 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This ___2___ day of ___Junio___    By: ___(signature)___

Debtor's Signature

# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month Apr-11 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 583.85 | 583.85 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 4,022.53 | 8,283.14 |
| Wages from Other Sources (attach list to this report) | 0.00 | 0.00 |
| Interest or Dividend Income | 0.00 | 0.00 |
| Alimony or Child Support | 0.00 | 0.00 |
| Social Security Pension/Retirement | 0.00 | 0.00 |
| Sale of Household Assets (attach list to this report) | 0.00 | 0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0.00 | 0.00 |
| Other (specify) - Interest Income | 0.04 | 0.04 |
| | 0.00 | 0.00 |
| **TOTAL RECEIPTS** | 4,022.57 | 8,283.18 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Dogs & Horse Foods | 135.03 | 358.28 |
| Charitable Contributions | 0.00 | 0.00 |
| Gifts | 0.00 | 0.00 |
| Household Expenses/Food/Clothing | 1,129.41 | 2,528.72 |
| Household Repairs & Maintenance | 15.70 | 41.83 |
| Insurance | 0.00 | 0.00 |
| Alarms Services | 48.14 | 96.28 |
| Lease/Rent Payments | 0.00 | 0.00 |
| Medical/Dental Payments | 583.00 | 1,040.00 |
| Mortgage Payment(s) | 0.00 | 0.00 |
| Other Secured Payments | 0.00 | 0.00 |
| Taxes - Personal Property | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Taxes Other (attach schedule) | 0.00 | 0.00 |
| Travel & Entertainment | 0.00 | 0.00 |
| Tuition/Education | 1,033.03 | 1,652.03 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 401.72 | 1,295.69 |
| Vehicle Expenses | 0.00 | 0.00 |
| Vehicle Secured Payment(s) | 255.00 | 255.00 |
| U. S. Trustee Quarterly Fees | 0.00 | 0.00 |
| Professional Fees (Legal, Accounting) | 0.00 | 0.00 |
| Other (attach schedule) | 0.00 | 0.00 |
| Stationary expenses | 34.00 | 43.96 |
| Postage | 0.00 | 0.00 |
| Bank charges | 1.25 | 1.25 |
| Advertising | 0.00 | 0.00 |
| **Total Household Disbursements** | 3,636.28 | 7,313.04 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | 970.14 | 1,553.99 |

# SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month Apr-11 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 951.68 | 951.68 |
| | | |
| **BUSINESS CASH RECEIPTS** | 0.00 | 0.00 |
| Cash Sales | 7,310.00 | 14,800.00 |
| Account Receivable Collection | 0.00 | 0.00 |
| Loans Borrowing from Outside Sources (attach list to this report) | 0.00 | 0.00 |
| Rental Income | 4,350.00 | 6,500.00 |
| Other (specify) - Collection of Note Receivable | 2,353.99 | 2,353.99 |
| Other (specify) - IVU Collected | 281.20 | 569.40 |
| Other (specify) - Interest Income | 0.32 | 0.32 |
| **Total Business Receipts** | 14,295.51 | 24,223.71 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | 1,100.40 | 1,980.72 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 4,022.53 | 8,283.14 |
| Taxes - Payroll | 526.27 | 526.27 |
| Taxes - Sales | 288.20 | 574.10 |
| Taxes Other (attach schedule) | 0.00 | 0.00 |
| Contract Labor (Subcontractors) | 0.00 | 0.00 |
| Inventory Purchases | 4,081.10 | 6,971.75 |
| Secured Lease Payments (Business) | 0.00 | 0.00 |
| Utilities (Business) | 437.16 | 923.71 |
| Insurance | 112.50 | 112.50 |
| Vehicle Expenses | 380.00 | 380.00 |
| Travel & Entertainment | 0.00 | 0.00 |
| Repairs and Maintenance | 165.58 | 165.58 |
| Supplies | 23.90 | 23.90 |
| Meals - Fringe Benefits | 735.30 | 907.79 |
| Purchase of Fixed Assets | 0.00 | 0.00 |
| Advertising | 0.00 | 0.00 |
| Bank Charges | 0.00 | 0.00 |
| Other (attach schedule) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| **Total Business Disbursements** | 11,872.94 | 20,849.46 |
| | | |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) | 3,374.25 | 4,325.93 |

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| | Have any assets been used or transferred outside the normal course of business during this reporting period? | | X |
| | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3 | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5 | Have any post-petition loans been received by the debtor from any party? | | X |
| 6 | Are any post-petition payroll taxes past due? | | X |
| 7 | Are any post-petition state or federal income taxes past due? | | X |
| 8 | Are any post-petition state or local taxes past due? | | X |
| 9 | Are any post-petition real estate taxes past due? | | X |
| 10 | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11 | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1 | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2 | Are all premium payments current? | | X |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

The auto insurance is not current, since the policy payments are included with the auto loan payments.

| CONFIRMATION OF INSURANCE | | | | Payment Amount | Delinquency |
|---|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | and Frequency | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

_____ Check here if United States Trustee has been listed as Certificate Holder on all policies of insurance

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |
| |
| |
| |
| |
| |
| |
| Continued Date of Filing the Plan of Reorganization and Disclosure Statement |

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | 1 First Bank | 1 First Bank | 1 First Bank | |
| Account Number: | 2601837843 | 2609000625 | 2601837854 | |
| Purpose of Account (Business/Personal) | Personal | Business | Business | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| | | | | |
| 1. Balance per Bank Statement | 970.14 | 1,346.68 | 2554.27 | |
| 2. ADD: Deposits not credited (attach list to this report) | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 0.00 | 526.27 | 0.00 | |
| 4. Other Reconciling Items (attach list to this report) | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | 970.14 | 820.41 | 2,554.27 | |
| TOTAL OF ALL ACCOUNTS | | | | 4,344.82 |
| | | | | |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| Bank / Account Name / Number | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

# CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | 1 FIRST BANK |
|---|---|
| Account Number | 2601837843 |
| Purpose of Account (Personal) | Household Disbursement Paid Cash |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| DEBIT MEMO | APRIL | LIBERTY FINANCE | GASTO DE SEGURO TALLER | 112.50 |
| DEBIT MEMO | APRIL | CARGOS BANCARIOS | CARGOS BANCARIOS | 1.25 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 113.75 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Purpose of Account (Personal) | Personal Expenses |
|---|---|
| Type of Account (e.g., Checking) | Household Disbursement Paid Cash |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| N/A | 4/14/2011 | Maria L. A. | Tutorias | 150.00 |
| 509780 | 4/15/2011 | Brainwaves Learning Center, Inc. | Tutorias | 123.75 |
| 509784 | 4/1/2011 | Brainwaves Learning Center, Inc. | Tutorias | 45.00 |
| N/A | 4/2/2011 | Sally Beauty Supply | Aseo Personal | 8.54 |
| 93449516 | 4/15/2011 | Officemax | Efectos Escolares | 27.80 |
| 13917 | 4/15/2011 | Crocs Plaza Carolina | Calzado | 42.79 |
| 20531 | 4/16/2011 | Me Salve Los Colobos | Liempieza & Mantenimiento | 3.21 |
| N/A | 4/25/2011 | Walgreens | Efectos Escolares | 6.20 |
| 3481 | 4/3/2011 | Walmart | Liempieza & Mantenimiento | 3.95 |
| 7596 | 4/28/2011 | Sams Club | Meals | 35.88 |
| 4493 | 4/18/2011 | Sams Club | Meals | 40.72 |
| 2352125 | 4/18/2011 | Econo | Meals | 23.88 |
| 3454 | 4/18/2011 | Costco | Meals | 318.38 |
| 9914 | 4/14/2011 | Sams Club | Meals | 181.06 |
| 8938127 | 4/13/2011 | Econo | Meals | 6.43 |
| 7752 | 4/6/2011 | Sams Club | Meals | 102.92 |
| 32887 | 4/1/2011 | Costco | Meals | 137.31 |
| 476 | 4/30/2011 | K.F.C. | Meals | 14.21 |
| 302 | 4/29/2011 | K.F.C. | Meals | 13.98 |
| 20181 | 4/23/2011 | Ponderosa | Meals | 15.38 |
| 251217 | 4/21/2011 | Que Pasta | Meals | 35.70 |
| 490 | 4/20/2011 | K.F.C. | Meals | 23.53 |
| 20213 | 4/15/2011 | Ponderosa | Meals | 12.29 |
| 20196 | 4/15/2011 | Ponderosa | Meals | 52.80 |
| 366 | 4/3/2011 | K.F.C. | Meals | 23.53 |
| 30094 | 4/1/2011 | Ponderosa | Meals | 48.62 |
| 4183 | 4/29/2011 | Agricola | Horse Foods | 17.12 |
| 498176 | 4/27/2011 | Big Pet Smart | Dogs Foods | 19.33 |
| 96902160101 | 4/26/2011 | Pet Smart | Dogs Foods | 17.63 |
| 14989 | 4/25/2011 | Pet Max | Dogs Foods | 70.95 |
| 150093 | 4/20/2011 | Veterinary Care Center | Dogs Care | 10.00 |
| 943 | 4/5/2011 | Colegio Ciem | Colegio | 300.00 |
| N/A | 4/8/2011 | A.E.E. | Servicio De Eletrcidad | 358.44 |
| N/A | 4/8/2011 | A.A.A. | Consumo de Agua | 40.10 |
| N/A | 4/15/2011 | Victor Santiago | Sortija De Graduacion 4to. Año | 279.28 |

| | | | | |
|---|---|---|---|---|
| | | | TOTAL | 2,610.71 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION
## Account Reconciliation
### As of Apr 30, 2011
### 10300 - First Bank-2601837843 Personal
### Bank Statement Date: April 30, 2011

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---|
| Beginning GL Balance | 583.85 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | 386.29 |
| Ending GL Balance | 970.14 |
| Ending Bank Balance | 970.14 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 970.14 |

## ALEX RIVERA DEGLANS DEBTOR IN POSESSION
### Outstanding Checks
### As of Apr 30, 2011
### 10300 - First Bank-2601837843 Personal

| Trans No | Date | Trans Desc | Trans Amt |
|----------|------|------------|-----------|
|          |      | Total      |           |

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | 1 FIRST BANK |
|---|---|
| Account Number | 2609000625 |
| Purpose of Account (Business) | OPERATING BUSINESS ACCOUNTS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| 101 | 4/8/2011 | MUNICIPIO DE CAROLINA | PAGO IVU MARZO 2011 | 41 20 |
| 102 | 4/11/2011 | OLYMPIC AUTOMOTIVE | COMPRAS MATERIALES | 278 31 |
| 104 | 4/25/2011 | JOEL MORALES | TUTORIAS | 135 00 |
| 105 | 4/25/2011 | OLYMPIC AUTOMOTIVE | COMPRAS MATERIALES | 112 83 |
| 106 | 4/25/2011 | PROSPERO | COMPRAS MATERIALES | 200 00 |
| 107 | 4/25/2011 | SECRETARIO DE HACIENDA | PAGO DE DESEMPLEO MARZO 2011 | 103 43 |
| 108 | 4/25/2011 | SECRETARIO DE HACIENDA | PAGO SEGURO INCAPACIDAD MARZO 2011 | 18 25 |
| 109 | 4/26/2011 | U S TREASURY | PAGO 941PR 3/31/2011 | 404 59 |
| 110 | 4/27/2011 | OLYMPIC AUTOMOTIVE | COMPRAS MATERIALES | 322 07 |
| | | | | |
| DEBIT MEMO | APRIL | SECRETARIO DE HACIENDA | PAGO IVU ESTATAL DE MARZO 2011 | 247 00 |
| DEBIT MEMO | APRIL | DIRECT TV | CABLE TV | 3 18 |
| DEBIT MEMO | APRIL | CHECKS ORDERS | ORDEN DE IMPRESION DE CHEQUES | 23 90 |
| DEBIT MEMO | APRIL | RELIABLE FINANCIAL | PAGO PRESTAMO VEHICULO MOTOR | 255 00 |
| DEBIT MEMO | APRIL | CUD SALUD | PLAN MEDICO | 583 00 |
| DEBIT MEMO | APRIL | ALPHA ONE SECURITY | ALARMA | 48 14 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 2 775 90 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

CASH DISBURSEMENTS DETAILS - BUSINESS

| Purpose of Account (Business) | Business Disbursement |
|---|---|
| Type of Account (e.g., Checking) | Business Disbursement Paid Cash |

| Invoice Number | Date of Invoice | Vendors | Purpose or Description | Amount |
|---|---|---|---|---|
| 272109 | 04/27/11 | Ferreteria El Metro | Reparacion & Mantenimiento | 3.56 |
| 260943 | 04/15/11 | Ferreteria El Metro | Reparacion & Mantenimiento | 10.67 |
| 299314 | 04/12/11 | Ferreteria El Metro | Reparacion & Mantenimiento | 4.73 |
| 16807 | 04/16/11 | Home Depot | Reparacion & Mantenimiento | 5.73 |
| 102 | 04/06/11 | National Lumber Yard | Reparacion & Mantenimiento | 4.26 |
| 164 | 04/30/11 | Panaderia Mi Locura | Meals | 12.05 |
| 60 | 04/29/11 | La Borrinqueña BBQ | Meals | 18.12 |
| 140 | 04/29/11 | Panaderia Mi Locura | Meals | 10.65 |
| 109 | 04/28/11 | Panaderia Mi Locura | Meals | 13.16 |
| 137 | 04/27/11 | Panaderia | Meals | 10.35 |
| 114 | 04/25/11 | La Borrinqueña BBQ | Meals | 6.14 |
| 155 | 04/21/11 | Panaderia Mi Locura | Meals | 12.58 |
| 27 | 04/19/11 | China Hut | Meals | 12.84 |
| 56 | 04/16/11 | La Borrinqueña BBQ | Meals | 8.32 |
| 54 | 04/16/11 | La Borrinqueña BBQ | Meals | 18.12 |
| 152 | 04/16/11 | Panaderia Mi Locura | Meals | 12.41 |
| 116 | 04/14/11 | K.F.C | Meals | 22.75 |
| 161 | 04/14/11 | Panaderia Mi Locura | Meals | 3.20 |
| 163 | 04/14/11 | Panaderia Mi Locura | Meals | 19.65 |
| 123 | 04/13/11 | Panaderia Mi Locura | Meals | 13.70 |
| 38 | 04/12/11 | La Borrinqueña BBQ | Meals | 18.12 |
| 60 | 04/11/11 | La Borrinqueña BBQ | Meals | 18.12 |
| 138 | 04/11/11 | Panaderia Mi Locura | Meals | 13.28 |
| 64 | 04/09/11 | La Borrinqueña BBQ | Meals | 16.75 |
| 257 | 04/08/11 | La Borrinqueña BBQ | Meals | 18.12 |
| 258 | 04/08/11 | La Borrinqueña BBQ | Meals | 11.82 |
| 276 | 04/08/11 | La Borrinqueña BBQ | Meals | 7.21 |
| 97 | 04/06/11 | Panaderia Mi Locura | Meals | 13.48 |
| 198 | 04/05/11 | Panaderia Mi Locura | Meals | 9.62 |
| 53 | 04/05/11 | La Borrinqueña BBQ | Meals | 18.12 |
| 210 | 04/04/11 | La Borrinqueña BBQ | Meals | 10.42 |
| 99 | 04/04/11 | Panaderia Mi Locura | Meals | 4.88 |
| 101 | 04/04/11 | Panaderia Mi Locura | Meals | 6.05 |
| 17 | 04/02/11 | La Borrinqueña BBQ | Meals | 19.52 |
| 538 | 04/01/11 | Pollo Tropical | Meals | 9.63 |
| 193 | 04/01/11 | Panaderia Mi Locura | Meals | 13.51 |
| N/A | 04/14/11 | A.E.E | Servicios De Electricidad | 12.96 |
| N/A | 04/14/11 | A.E.E | Servicios De Electricidad | 5.00 |
| N/A | 04/14/11 | A.E.E | Servicios De Electricidad | 24.34 |
| N/A | 04/08/11 | A.A.A | Servicios De Agua | 127.38 |
| N/A | 04/28/11 | Dima International Corp | Compras | 60.00 |
| 147819 | 04/27/11 | Cabrera Auto Parts | Compras | 3.46 |
| 367773 | 04/27/11 | Cabrera Auto Parts | Compras | 36.52 |
| 367053 | 04/15/11 | Cabrera Auto Parts | Compras | 2.47 |
| 147043 | 04/15/11 | Cabrera Auto Parts | Compras | 5.35 |
| 366991 | 04/14/11 | Cabrera Auto Parts | Compras | 7.58 |
| 366895 | 04/13/11 | Cabrera Auto Parts | Compras | 21.40 |
| 366847 | 04/13/11 | Cabrera Auto Parts | Compras | 14.98 |
| 366846 | 04/13/11 | Cabrera Auto Parts | Compras | 65.53 |
| 366685 | 04/11/11 | Cabrera Auto Parts | Compras | 8.19 |
| 366533 | 04/08/11 | Cabrera Auto Parts | Compras | 3.48 |
| 366304 | 04/05/11 | Cabrera Auto Parts | Compras | 27.82 |
| 366116 | 04/02/11 | Cabrera Auto Parts | Compras | 5.35 |
| 365999 | 04/01/11 | Cabrera Auto Parts | Compras | 5.40 |
| 1061525 | 04/04/11 | Pablo Tires | Compras | 480.00 |
| 8706 | 04/16/11 | Advances Auto Parts | Compras | 19.19 |
| 4044 | 04/07/11 | Advances Auto Parts | Compras | 162.20 |
| 623304 | 04/26/11 | Olympic Automotive & Accessories | Compras | 299.00 |
| 623303 | 04/26/11 | Olympic Automotive & Accessories | Compras | 12.17 |
| 623160 | 04/25/11 | Olympic Automotive & Accessories | Compras | 112.93 |
| 620826 | 04/20/11 | Olympic Automotive & Accessories | Compras | 162.51 |
| 622525 | 04/20/11 | Olympic Automotive & Accessories | Compras | 164.65 |
| 621379 | 04/08/11 | Olympic Automotive & Accessories | Compras | 180.96 |
| 621379 | 04/08/11 | Olympic Automotive & Accessories | Compras | 37.95 |
| 306903 | 04/11/11 | Radtech Inc | Compras | 31.00 |
| 2011 | 04/29/11 | Gas Welding Store Corp | Compras | 103.74 |
| 02111544 | 04/28/11 | Radiator & A/C | Compras | 129.47 |
| 10527 | 04/27/11 | Soldaduras & Algo Mas | Compras | 26.27 |
| 62056341 | 04/15/11 | Radiator & A/C | Compras | 142.11 |
| 154 | 04/14/11 | Gas Welding Store Corp | Compras | 53.03 |
| 170 | 04/09/11 | Gas Welding Store Corp | Compras | 110.08 |
| 124 | 04/05/11 | Gas Welding Store Corp | Compras | 46.00 |
| 121 | 04/05/11 | Gas Welding Store Corp | Compras | 23.98 |
| 21691 | 04/08/11 | Mayans Appliance | Compras | 23.54 |
| 500 | 04/05/11 | Miami Paint Shop | Compras | 298.90 |
| N/A | 04/21/11 | AT & T | Servicios Celulares | 237.02 |
| N/A | 4/30/2011 | Miguel Cruz Medina | Net Salary Paid Cash | 1,100.40 |
| N/A | 04/30/11 | Various | Meals | 345.60 |
| N/A | 04/30/11 | Various | Compras | 356.00 |
| | | | TOTAL | 5,888.33 |

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION
## Account Reconciliation
### As of Apr 30, 2011
### 10400 - First Bank-2609000625 Operatin
### Bank Statement Date: April 30, 2011

Filter criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 751.27 |
| Add: Cash Receipts | | | | |
| Less: Cash Disbursements | | | | (1,915.65) |
| Add (Less): Other | | | | 1,984.79 |
| Ending GL Balance | | | | 820.41 |
| Ending Bank Balance | | | | 1,346.58 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | Apr 25, 2011 | 107 | (103.43) | |
| | Apr 25, 2011 | 108 | (18.25) | |
| | Apr 26, 2011 | 109 | (404.59) | |
| Total outstanding checks | | | | (526.27) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 820.41 |

| Trans No | Date | Trans Desc | Trans Amt |
|---|---|---|---|
| 107 | 4/26/11 | SECRETARIO DE HACIENDA | -103.43 |
| 108 | 4/26/11 | SECRETARIO DE HACIENDA | -18.25 |
| 109 | 4/26/11 | U.S. TREASURY | -404.59 |
| | | Total | -526.27 |

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | 1 FIRST BANK |
|---|---|
| Account Number | 2601837854 |
| Purpose of Account (Business) | OTHER BUSINESS ACCOUNTS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION
## Outstanding Checks
### As of Apr 30, 2011
### 10200 · First Bank-2601837854 Rent

| Trans No. | Date | Trans Desc | Trans Amt |
|-----------|------|-----------|-----------|
| | | Total | |

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month Apr-11 |
|---|---|---|
| Accounts Receivable Beginning Balance | | 25,150.00 |
| Plus: Billings During the Month | | 6,200.00 |
| Less: Collections During the Month | | -4,350.00 |
| Adjustments or WriteOffs* | | 0.00 |
| Accounts Receivable Ending Balance** | | 27,000.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month Apr-11 |
|---|---|---|
| 0 - 30 Days | | 4,200.00 |
| 31 - 60 Days | | 3,500.00 |
| 61 - 90 Days | | 3,500.00 |
| Over 90 Days | | 15,800.00 |
| | | |
| Total Accounts Receivable** | | 27,000.00 |

* Attach explanation of any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued | |
|---|---|---|---|
| Federal Taxes | | | |
| Withholding** | 0.00 | 0.00 | |
| FICA - Employee - Paid Quarterly | 0.00 | 66.10 | Due on 7/31/11 (paid with return) |
| FICA - Employer - Paid Quarterly | 0.00 | 89.51 | Due on 7/31/11 (paid with return) |
| Unemployment | 0.00 | 0.00 | |
| Income | 0.00 | 0.00 | |
| Other (Attach List) | 0.00 | 0.00 | |
| Total Federal Taxes | 0.00 | 155.61 | |
| | | | |
| State & Local Taxes | | | |
| Withholding | 0.00 | 0.00 | |
| Sales Tax (IVU) - Paid Next Month | 0.00 | 281.20 | Paid 5/10/11 |
| Unemployment | 0.00 | 0.00 | |
| Real Property | 0.00 | 0.00 | |
| Personal Property | 0.00 | 0.00 | |
| Other (Attach List) Sinot(disability) | 0.00 | 0.00 | |
| Total State & Local Taxes | 0.00 | 281.20 | |
| Total Post-Petition Taxes | 0.00 | 436.81 | |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero.

** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit.

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero.
\*\* Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |

ALEX RIVERA Y/O IRELSY VELAZQUEZ              ACCOUNT  001-026-0000-2601837854
 ‾PTOR IN POSESSION-CP 11 CASE1102161ESL DATE LAST STATEMENT      04/19/11
 ⌐⌐T DE SAN FERNANDO                            DATE THIS STATEMENT      06/01/11
                         *****DDA TRANSACTIONS*****

| BEGINNING BALANCE | CHECKS/OTHER DEBITS | | DEPOSITS/OTHER CREDITS | | ENDING BALANCE |
|---|---|---|---|---|---|
| | NBR | TOTAL AMOUNT | NBR | TOTAL AMOUNT | |
| 200.00 | 1 | 325.00 | 4 | 2855.22 | 2730.22 |

| DATE | CK NBR | AMOUNT | TP | TRANSACTION DESCRIPTION | BALANCE |
|---|---|---|---|---|---|
| 04/19 | | 2353.99 | | DDA DEPOSIT | 2553.99 |
| 04/28 | | 0.28 | CR | INTEREST PAID | 2554.27 |
| 05/04 | | 500.00 | | DDA DEPOSIT | 3054.27 |
| 05/05 | 91 | 325.00 | CK | DDA CHECK | 2729.27 |
| 05/27 | | 0.95 | CR | INTEREST PAID | 2730.22 |

ALEX RIVERA Y/O IRELSY VELAZQUEZ          ACCOUNT  001-026-0000-2601837843
  PTOR IN POSESSION-CP 11 CASE1102161ESL DATE LAST STATEMENT     04/08/11
  ᴸᴏT DE SAN FERNANDO                     DATE THIS STATEMENT     06/01/11
                     *****DDA TRANSACTIONS*****

| BEGINNING | CHECKS/OTHER DEBITS | | DEPOSITS/OTHER CREDITS | | ENDING |
| BALANCE | NBR | TOTAL AMOUNT | NBR | TOTAL AMOUNT | BALANCE |
| 583.85 | 8 | 498.79 | 4 | 2500.04 | 2585.10 |

| DATE  CK NBR | AMOUNT | TP | TRANSACTION DESCRIPTION | BALANCE |
| --- | --- | --- | --- | --- |
| 04/08 | 500.00 | | DDA DEPOSIT | 1083.85 |
| 04/11 | 112.50 | DB | LIBERTY FINANCE   ACH DB | 971.35 |
| 04/15 | 1.25 | | DEBIT CARD FEE | 970.10 |
| 04/28 | 0.04 | CR | INTEREST PAID | 970.14 |
| 05/04 | 1000.00 | | DDA DEPOSIT | 1970.14 |
| 05/04 | 30.00 | DB | POS   TEXACO 338 LOS COL | 1940.14 |
| 05/04 | 30.00 | DB | POS   TEXACO 338 LOS COL | 1910.14 |
| 05/04 | 20.00 | DB | POS   TEXACO 338 LOS COL | 1890.14 |
| 05/10 | 82.39 | DB | POS   EL MONSTRUO AUTO P | 1807.75 |
| 05/11 | 221.40 | DB | 6417171LIBERTY   ACH DB | 1586.35 |
| 05/13 | 1.25 | | DEBIT CARD FEE | 1585.10 |
| 05/19 | 1000.00 | | DDA DEPOSIT | 2585.10 |

PF1 - PAGE FWD

ALEX RIVERA Y/O IRELSY VELAZQUEZ          ACCOUNT  001-026-0000-2601837843
 PTOR IN POSESSION-CP 11 CASE1102161ESL DATE LAST STATEMENT      04/08/11
 __T DE SAN FERNANDO                       DATE THIS STATEMENT    06/01/11
                          *****DDA TRANSACTIONS*****
     BEGINNING       CHECKS/OTHER DEBITS  DEPOSITS/OTHER CREDITS       ENDING
     BALANCE      NBR    TOTAL AMOUNT   NBR   TOTAL AMOUNT          BALANCE
        583.85     9        608.79        5       2500.65            2475.71

DATE   CK NBR              AMOUNT TP TRANSACTION DESCRIPTION          BALANCE
05/23                     110.00 DB ATM  UPR CAROLINA DECE           2475.10
05/27                       0.61 CR INTEREST PAID                    2475.71


LAST PAGE          PF2 - PAGE BKWD

# 1First Bank

R23895 T61   P1   ******AUTO**5-DIGIT 00985          021-CUENTA PERFECTA

||...||..||.|.|.|.|.||.|.|.||..||.||..||..|.||          IM-026

ALEX RIVERA Y/O IRELSY VELAZQUEZ
DEPTOR IN POSESSION-CP 11 CASE1102161ESL
EST DE SAN FERNANDO                                    0*  2601837843
H7 CALLE 1
CAROLINA PR  00985-5207

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 583.85 | 2 | 500.04 | 2 | 113.75 | .00 | 970.14 |

| | |
|---|---|
| INTEREST EARNED THIS PERIOD | .04 |
| ANNUAL PERCENTAGE YIELD EARNED | 0.06% |
| DAYS IN PERIOD | 28 |
| YTD INTEREST PAID | .04 |
| YTD TAX WITHHELD | .00 |
| AVERAGE BALANCE | 885.90 |

CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
  DATE...........AMOUNT...........DESCRIPTION

  04/0?        500.00           DEPOSIT
  04/28          0.04           INTEREST PAID

OTHER DEBITS
  DATE...........AMOUNT...........DESCRIPTION

  04/11        112.50           ACH DB -041111-011101004752213
                                LIBERTY FINANCE                LIBERTYFI
  04/15          1.25           DEBIT CARD FEE

* * * * * * * * OVERDRAFT AND RETURNED ITEMS FEES SUMMARY * * * * * * * * *
TOTAL OVERDRAFT FEES/ THIS PERIOD                 0.00
TOTAL OVERDRAFT FEES/ YEAR TO DATE                0.00

TOTAL RETURNED ITEMS FEES/THIS PERIOD             0.00
TOTAL RETURNED ITEMS FEES/YEAR TO DATE            0.00

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * *
| DATE.........BALANCE | DATE.........BALANCE | DATE.........BALANCE |
|---|---|---|
| 03/31       583.85 | 04/11       971.35 | 04/28       970.14 |
| 04/08     1,083.85 | 04/15       970.10 | |

  *
  *
  *

ALEX RIVERA Y/O IRELSY VELAZQUEZ        ACCOUNT  001-026-0000-2609000625
  A ALEX PROFESSIONAL MUFFLERS         DATE LAST STATEMENT      04/08/11
 ＿ PTOR IN POSESSION-CP 11 CASE1102161ESL DATE THIS STATEMENT    06/01/11
                        *****DDA TRANSACTIONS*****

| BEGINNING BALANCE | CHECKS/OTHER DEBITS | | DEPOSITS/OTHER CREDITS | | ENDING BALANCE |
|---|---|---|---|---|---|
| | NBR | TOTAL AMOUNT | NBR | TOTAL AMOUNT | |
| 751.31 | 9 | 1744.42 | 3 | 2845.00 | 1851.89 |

| DATE | CK NBR | AMOUNT | TP | TRANSACTION DESCRIPTION | BALANCE |
|---|---|---|---|---|---|
| 04/08 | | 545.00 | | DDA DEPOSIT | 1296.31 |
| 04/11 | | 247.00 | DB | DEPT DE HACIENDA ACH DB | 1049.31 |
| 04/12 | | 3.18 | DB | 7765200DIRECTV01 ACH DB | 1046.13 |
| 04/13 | 102 | 278.31 | CK | DDA CHECK | 767.82 |
| 04/14 | | 1600.00 | | DDA DEPOSIT | 2367.82 |
| 04/14 | 101 | 41.20 | CK | DDA CHECK | 2326.62 |
| 04/20 | | 23.90 | CK | ORDER CHG | 2302.72 |
| 04/20 | | 255.00 | DB | RELIABLE FINANCE ACH DB | 2047.72 |
| 04/27 | | 700.00 | | DDA DEPOSIT | 2747.72 |
| 04/27 | 106 | 200.00 | CK | DDA CHECK | 2547.72 |
| 04/27 | 105 | 112.83 | CK | DDA CHECK | 2434.89 |
| 04/28 | | 583.00 | DB | CUD SALUD        ACH DB | 1851.89 |

PF1 - PAGE FWD
ERR01 FIIMII02-INVALID REQUEST KEY, PLEASE REENTER

ALEX RIVERA Y/O IRELSY VELAZQUEZ          ACCOUNT  001-026-0000-2609000625
 `A ALEX PROFESSIONAL MUFFLERS          DATE LAST STATEMENT    04/08/11
__PTOR IN POSESSION-CP 11 CASE1102161ESL DATE THIS STATEMENT    06/01/11
                    *****DDA TRANSACTIONS*****

```
    BEGINNING      CHECKS/OTHER DEBITS  DEPOSITS/OTHER CREDITS      ENDING
    BALANCE       NBR    TOTAL AMOUNT   NBR   TOTAL AMOUNT         BALANCE
        751.31    19       3982.43       5       4119.53           888.41

DATE   CK NBR            AMOUNT TP TRANSACTION DESCRIPTION          BALANCE
04/29                    48.14 DB ALPHA ONE SECURI ACH DB          1803.75
04/29    110            322.07 CK DDA CHECK                        1481.68
04/29    104            135.00 CK DDA CHECK                        1346.68
05/04                 1130.00    DDA DEPOSIT                       2476.68
05/09    111            267.97 CK DDA CHECK                        2208.71
05/09    112            205.44 CK DDA CHECK                        2003.27
05/10    113            315.00 CK DDA CHECK                        1688.27
05/11                  241.00 DB DEPT DE HACIENDA ACH DB           1447.27
05/11                  138.80 DB 7765200DIRECTV01 ACH DB           1308.47
05/11    109           404.59 CK DDA CHECK                          903.88
05/13                  144.53    DDA DEPOSIT                       1048.41
05/17    116           160.00 CK DDA CHECK                          888.41
PF1 - PAGE FWD      PF2 - PAGE BKWD
```

ALEX RIVERA Y/O IRELSY VELAZQUEZ          ACCOUNT  001-026-0000-2609000625
T~A ALEX PROFESSIONAL MUFFLERS          DATE LAST STATEMENT     04/08/11
__PTOR IN POSESSION-CP 11 CASE1102161ESL DATE THIS STATEMENT    06/01/11
                        *****DDA TRANSACTIONS*****

|  BEGINNING  | CHECKS/OTHER DEBITS | DEPOSITS/OTHER CREDITS |  ENDING  |
|  BALANCE    | NBR | TOTAL AMOUNT  | NBR | TOTAL AMOUNT     | BALANCE  |
|  751.31     | 26  |   4994.23     |  7  |   7473.54        | 3230.62  |

| DATE  | CK NBR |         AMOUNT TP TRANSACTION DESCRIPTION    | BALANCE  |
|-------|--------|---------------------------------------------|----------|
| 05/18 |  118   |  40.20 CK DDA CHECK                         |  848.21  |
| 05/18 |  117   | 289.58 CK DDA CHECK                         |  558.63  |
| 05/20 |        |  48.14 DB ALPHA ONE SECURI ACH DB           |  510.49  |
| 05/23 |        | 127.50 DB PRAICO          ACH DB            |  382.99  |
| 05/26 |        | 2354.01   DDA DEPOSIT                       | 2737.00  |
| 05/26 |        |  15.00   INSUFF                             | 2722.00  |
| 05/27 |        | 1000.00   DDA DEPOSIT                       | 3722.00  |
| 05/27 |  120   | 261.38 CK DDA CHECK                         | 3460.62  |
| 05/27 |  121   | 230.00 CK DDA CHECK                         | 3230.62  |

LAST PAGE          PF2 - PAGE BKWD