# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE: **ALEX ROBERTO RIVERA DEGLANS**  
**IRELSY JOANNA VELAZQUEZ REYES**

}  
}  
}  
}  
}  
}

CASE NUMBER: **11-02161 ESL**

**DEBTORS**

}

**CHAPTER 11**

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

FROM ___1-May-11___ TO ___31-May-11___

    Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: **6/21/11**

_____  
Attorney for Debtor

**ALMEIDA & DAVILA, P.S.C.**  
PO Box 191757  
San Juan, Puerto Rico 00919-1757  
Phone: (787) 722-2500  
Fax: (787) 722-2227

**ALEX ROBERTO RIVERA DEGLANS**  
ESTANCIAS DE SAN FERNANDO  
H7 CALLE 1  
CAROLINA PR 00985-5207  
787-603-5827

**ENRIQUE M. ALMEIDA BERNAL**  
USDC-PR 217701  
email: ealmeida@almeidadavila.com

**ZELMA DAVILA CARRASQUILLO**  
USDC-PR 218913  
Email: zdavila@almeidadavila.com

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website. http://www.usdoj.gov/ust/r21/reg_info.htm
1)     Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)     Initial Filing Requirements
3)     Frequently Asked Questions (FAQs)

# SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

**Case Name: Alex Roberto Rivera Deglans**
**Case Number: 11-02161 (ESL)**

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month MAY | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | 970.14 | 1,553.99 |
| **CASH- Beginning of Month (Business)** | 3,373.88 | 4,325.19 |
|  |  |  |
| **Total Household Receipts** | 4,684.52 | 12,383.85 |
| **Total Business Receipts** | 14,233.66 | 38,457.37 |
| **Total Receipts** | 18,918.18 | 50,841.22 |
|  |  |  |
| **Total Household Disbursements** | 3,179.56 | 10,492.60 |
| **Total Business Disbursements** | 12,397.70 | 32,663.31 |
| **Total Disbursements** | 15,577.26 | 43,155.91 |
|  |  |  |
| **NET CASH FLOW (Total Receipts minus Total Disbursements)** | 3,340.92 | 7,685.31 |
|  |  |  |
| **CASH- End of Month (Individual)** | 2,475.10 | 3,445.24 |
| **CASH- End of Month (Business)** | 5,209.84 | 10,119.25 |

## CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

|  | | |
|---|---|---|
| **TOTAL DISBURSEMENTS (From Above)** | 15,577.26 | 43,155.91 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 4,684.52 | 12,383.81 |
| **DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION** | 10,892.74 | 30,772.10 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This **21st** day of **June** 20 **11**

_Debtor's Signature_

# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative |
|---|---|---|
|  | May-11 | Total |
| **CASH** - Beginning of Month | 970.14 | 1,553.99 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | 4,684.52 | 12,967.66 |
| Wages from Other Sources (attach list to this report) | 0.00 | 0.00 |
| Interest or Dividend Income | 0.00 | 0.00 |
| Alimony or Child Support | 0.00 | 0.00 |
| Social Security/Pension/Retirement | 0.00 | 0.00 |
| Sale of Household Assets (attach list to this report) | 0.00 | 0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0.00 | 0.00 |
| Other (specify) - Interest Income | 0.61 | 0.65 |
|  | 0.00 | 0.00 |
| **TOTAL RECEIPTS** | 4,685.13 | 12,968.31 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Dogs & Horse Foods | 206.98 | 565.26 |
| Charitable Contributions | 0.00 | 0.00 |
| Gifts | 0.00 | 0.00 |
| Household Expenses/Food/Clothing | 924.30 | 3,453.02 |
| Household Repairs & Maintenance | 0.00 | 41.83 |
| Insurance | 0.00 | 0.00 |
| Alarms Services | 48.14 | 144.42 |
| Lease/Rent Payments | 0.00 | 0.00 |
| Medical/Dental Payments | 0.00 | 1,040.00 |
| Mortgage Payment(s) | 0.00 | 0.00 |
| Other Secured Payments | 0.00 | 0.00 |
| Taxes - Personal Property | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Taxes Other (attach schedule) | 0.00 | 0.00 |
| Travel & Entertainment | 0.00 | 0.00 |
| Tuition/Education | 643.00 | 2,295.03 |
| Utilities (Electric. Gas, Water. Cable, Sanitation) | 565.89 | 1,861.58 |
| Vehicle Expenses | 415.00 | 415.00 |
| Vehicle Secured Payment(s) | 0.00 | 255.00 |
| U. S. Trustee Quarterly Fees | 325.00 | 325.00 |
| Professional Fees (Legal, Accounting) | 0.00 | 0.00 |
| Other (attach schedule) | 50.00 | 50.00 |
| Stationary expenses | 0.00 | 43.96 |
| Postage | 0.00 | 0.00 |
| Bank charges | 1.25 | 2.50 |
| Advertising | 0.00 | 0.00 |
| **Total Household Disbursements** | 3,179.56 | 10,492.60 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | 2,475.71 | 4,029.70 |

# SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>May-11 | Cumulative<br>Total |
|---|---|---|
| **CASH** - Beginning of Month | 3,374.25 | 4,325.93 |
|  |  |  |
| **BUSINESS CASH RECEIPTS** | 0.00 | 0.00 |
| Cash Sales | 7,265.00 | 22,065.00 |
| Account Receivable Collection | 0.00 | 0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0.00 | 0.00 |
| Rental Income | 4,350.00 | 10,850.00 |
| Other (specify) -  Collection of Note Receivable | 2,354.01 | 4,708.00 |
| Other (specify) -  IVU Collected | 263.70 | 833.10 |
| Other (specify) -  Interest Income | 0.95 | 1.27 |
| **Total Business Receipts** | 14,233.66 | 38,457.37 |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) | 880.32 | 2,861.04 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 4,684.52 | 12,967.66 |
| Taxes - Payroll | 0.00 | 526.27 |
| Taxes - Sales | 281.20 | 855.30 |
| Taxes Other (attach schedule) | 0.00 | 0.00 |
| Contract Labor (Subcontractors) | 0.00 | 0.00 |
| Inventory Purchases | 5,087.77 | 12,059.52 |
| Secured/Lease Payments (Business) | 0.00 | 0.00 |
| Utilities (Business) | 528.45 | 1,452.16 |
| Insurance | 348.90 | 461.40 |
| Vehicle Expenses | 0.00 | 380.00 |
| Travel & Entertainment | 0.00 | 0.00 |
| Repairs and Maintenance | 220.00 | 385.58 |
| Supplies | 0.00 | 23.90 |
| Meals - Fringe Benefits | 351.54 | 1,259.33 |
| Purchase of Fixed Assets | 0.00 | 0.00 |
| Advertising | 0.00 | 0.00 |
| Bank Charges | 15.00 | 15.00 |
| Other (attach schedule) | 0.00 | 0.00 |
|  | 0.00 | 0.00 |
| **Total Business Disbursements** | 12,397.70 | 33,247.16 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | 5,210.21 | 9,536.14 |

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

The auto insurance is not current, since the policy payments are included with the auto loan payments.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |
| |
| |
| |
| Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: |

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | 1 First Bank | 1 First Bank | 1 First Bank | |
| Account Number: | 2601837843 | 2609000625 | 2601837854 | |
| Purpose of Account (Business/Personal) | Personal | Business | Business | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| | | | | |
| 1.  Balance per Bank Statement | 2,475.71 | 3,230.62 | 2730.22 | |
| 2.  ADD:  Deposits not credited (attach list to this report) | 0.00 | 0.00 | 0.00 | |
| 3.  SUBTRACT:  Outstanding Checks (attach list) | 0.00 | 750.68 | 0.00 | |
| 4.  Other Reconciling Items (attach list to this report) | 0.00 | 0.00 | 0.00 | |
| 5.  Month End Balance (Must Agree with Books) | 2,475.71 | 2,479.94 | 2,730.22 | |
| TOTAL OF ALL ACCOUNTS | | | | 7,685.87 |

Note:  Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach a copy of each investment account statement.

# CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | 1 FIRST BANK |
|---|---|
| Account Number | 2601837843 |
| Purpose of Account (Personal) | Household Disbursement Paid Cash |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| DEBIT MEMO | MAY | LIBERTY FINANCE | GASTO DE SEGURO TALLER | 221.40 |
| DEBIT MEMO | MAY | CARGOS BANCARIOS | CARGOS BANCARIOS | 1.25 |
| DEBIT MEMO | MAY | RETIRO ATH | RETIROS PERSONALES- GASTO GASOLINA | 110.00 |
| DEBIT MEMO | MAY | TEXACO LOS COLOBOS | GASOLINA - PERSONAL | 80.00 |
| DEBIT MEMO | MAY | EL MONSTRUO AUTO PARTS | COMPRAS TALLER | 82.39 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 495.04 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Purpose of Account (Personal) | Personal Expenses |
|---|---|
| Type of Account (e.g., Checking) | Household Disbursement Paid Cash |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 943 | 5/4/2011 | CIEM | GASTO COLEGIO | 300.00 |
| N/A | 5/31/2011 | MARIA L. A. | TUTORIAS | 200.00 |
| N/A | 5/29/2011 | PONDEROSA | COMIDA | 37.74 |
| 484 | 5/26/2011 | K.F.C. | COMIDA | 7.48 |
| 534 | 5/24/2011 | POLLO TROPICAL | COMIDA | 21.28 |
| 310 | 5/20/2011 | K.F.C. | COMIDA | 8.00 |
| 513 | 5/18/2011 | POLLO TROPICAL | COMIDA | 13.89 |
| 76 | 5/18/2011 | SUBWAY | COMIDA | 13.75 |
| 598 | 5/17/2011 | WENDYS | COMIDA | 7.48 |
| 463947 | 5/15/2011 | MCDONALDS | COMIDA | 12.18 |
| 226 | 5/9/2011 | EL MESON | COMIDA | 7.95 |
| 216 | 5/4/2011 | TACO MAKER | COMIDA | 3.62 |
| 523 | 5/2/2011 | POLLO TROPICAL | COMIDA | 9.08 |
| N/A | 5/29/2011 | COSTCO | COMIDA | 146.44 |
| N/A | 5/27/2011 | COSTCO | COMIDA | 401.36 |
| 8348191 | 5/22/2011 | ECONO | COMIDA | 184.06 |
| 199102 | 5/29/2011 | MEGA AGROCENTRO | COMIDA ANIMALES | 50.78 |
| 196619 | 5/22/2011 | MEGA AGROCENTRO | COMIDA ANIMALES | 25.67 |
| 195910 | 5/19/2011 | MEGA AGROCENTRO | COMIDA ANIMALES | 26.04 |
| 501950 | 5/19/2011 | BIG PETSMART | COMIDA ANIMALES | 10.97 |
| 501625 | 5/17/2011 | BIG PETSMART | COMIDA ANIMALES | 20.24 |
| 500751 | 5/12/2011 | BIG PETSMART | COMIDA ANIMALES | 42.78 |
| 192881 | 5/10/2011 | MEGA AGROCENTRO | COMIDA ANIMALES | 6.42 |
| 500245 | 5/9/2011 | BIG PETSMART | COMIDA ANIMALES | 24.08 |
| N/A | 5/25/2011 | FARMACIA SAN GABRIEL | MEDICINA | 35.00 |
| N/A | 5/25/2011 | LUIS ORTIZ ESPINOSA | MEDICO | 15.00 |
| N/A | 5/25/2011 | GUESS | ROPA | 49.99 |
| N/A | 5/19/2011 | A.A.A. | CONSUMO AGUA | 40.10 |
| N/A | 5/13/2011 | A.E.E. | CONSUMO ENERGIA ELECTRICA | 386.99 |
| 26641 | 5/4/2011 | JENDAY SCHOLASTIC | SORTIJA GRADUACION | 100.00 |
| N/A | 5/31/2011 | BPPR | MARBETE | 195.00 |
| N/A | 5/12/2011 | COLECTURIA CAROLINA | MULTAS ESTACIONAMIENTO | 30.00 |
| N/A | 5/4/2011 | THE COLLEGE BOARD | PRUEBA COLLEGE BOARD | 43.00 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | TOTAL | 2,476.37 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

Filter Criteria includes: Report is printed in Detail Format

| | |
|---|---:|
| Beginning GL Balance | 970.14 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | 1,505.57 |
| Ending GL Balance | 2,475.71 |
| Ending Bank Balance | 2,475.71 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 2,475.71 |

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION
## Outstanding Checks
### As of May 31, 2011
### 10300 - First Bank-2601837843 Personal

Filter Criteria includes: 1) Uncleared Transactions, 2) Checks. Report order is by Number.

| Trans No | Date | Trans Desc | Trans Amt |
|---|---|---|---|
| | | Total | |

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | 1 FIRST BANK |
|---|---|
| Account Number | 2609000625 |
| Purpose of Account (Business) | OPERATING BUSINESS ACCOUNTS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 111 | 5/5/2011 | OLYMPIC AUTOMOTIVE | COMPRAS MATERIALES | 267.97 |
| 112 | 5/5/2011 | JOSAN DISTRIBUTORS | COMPRAS MATERIALES | 205.44 |
| 113 | 5/5/2011 | BARRANQUITAS MUFFLERS | COMPRAS MATERIALES | 315.00 |
| 114 | 5/6/2011 | GUZMAN ELECTRI | GASTO DE REPARACION EQUIPO | 220.00 |
| 115 | 5/6/2011 | VOID CHECKS | VOID CHECKS | 0.00 |
| 116 | 5/11/2011 | CASH | COMPRAS MATERIALES | 160.00 |
| 117 | 5/17/2011 | OLYMPIC AUTOMOTIVE | COMPRAS MATERIALES | 289.58 |
| 118 | 4/9/2011 | MUNICIPIO DE CAROLINA | IVU ABRIL 2011 | 40.20 |
| 119 | 5/24/2011 | POLKO TIRES | COMPRAS MATERIALES | 409.00 |
| 120 | 5/25/2011 | OLYMPIC AUTOMOTIVE | COMPRAS MATERIALES | 261.38 |
| 121 | 5/26/2011 | JIMMY BOU | COMPRAS MATERIALES | 230.00 |
| | | | | |
| DEBIT MEMO | MAY | SECRETARIO DE HACIENDA | PAGO IVU ESTATAL DE ABRIL 2011 | 241.00 |
| DEBIT MEMO | MAY | DIRECT TV | CABLE TV | 138.80 |
| DEBIT MEMO | MAY | PRAICO | SEGURO | 127.50 |
| DEBIT MEMO | MAY | ALPHA ONE SECURITY | ALARMA | 48.14 |
| DEBIT MEM | MAY | BPPR | SERVICES CHARGE | 15.00 |
| | | | TOTAL | 2,969.01 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Purpose of Account (Business) | Business Disbursement |
|---|---|
| Type of Account (e.g., Checking) | Business Disbursement Paid Cash |

| Invoice Number | Date of Invoice | Vendors | Purpose or Description | Amount |
|---|---|---|---|---|
| N/A | 05/05/11 | A.T. & T. | CELULARES | 196.32 |
| N/A | 05/13/11 | A.A.A. | CONSUMO DE AGUA | 127.30 |
| N/A | 05/19/11 | A.E.E. | CONSUMO DE ENERGIA ELECTRICA | 87.02 |
| N/A | 05/19/11 | A.E.E. | CONSUMO DE ENERGIA ELECTRICA | 7.05 |
| N/A | 05/19/11 | A.E.E. | CONSUMO DE ENERGIA ELECTRICA | 12.96 |
| N/A | 05/04/11 | P.R.T.C. | TELEFONO | 97.80 |
| 105 | 05/31/11 | La Bonriqueña BBQ | Meals | 12.30 |
| 420 | 05/31/11 | Panaderia Mi Locura | Meals | 7.82 |
| 55 | 05/30/11 | La Bonriqueña BBQ | Meals | 18.12 |
| 144 | 05/30/11 | Panaderia Mi Locura | Meals | 13.65 |
| 130 | 05/28/11 | Panaderia Mi Locura | Meals | 6.96 |
| 441 | 05/27/11 | K F C | Meals | 19.87 |
| 155 | 05/27/11 | Panaderia Mi Locura | Meals | 8.89 |
| 109 | 05/26/11 | La Bonriqueña BBQ | Meals | 13.68 |
| 223 | 05/26/11 | Panaderia Mi Locura | Meals | 13.17 |
| N/A | 05/25/11 | Panaderia Mi Locura | Meals | 9.78 |
| 255 | 05/24/11 | Panaderia Mi Locura | Meals | 8.33 |
| 395 | 05/23/11 | Panaderia Mi Locura | Meals | 11.00 |
| 41 | 05/21/11 | La Bonriqueña BBQ | Meals | 18.12 |
| 155 | 05/20/11 | Panaderia Mi Locura | Meals | 13.38 |
| 207 | 05/19/11 | K F C | Meals | 14.21 |
| 167 | 05/19/11 | La Bonrinqueña BBQ | Meals | 18.12 |
| 407 | 05/18/11 | Panaderia Mi Locura | Meals | 14.77 |
| 164 | 05/16/11 | Panaderia Mi Locura | Meals | 16.49 |
| 147 | 05/13/11 | Panaderia Mi Locura | Meals | 11.11 |
| 269 | 05/21/11 | CHURCH | Meals | 14.75 |
| 73 | 05/06/11 | La Bonriqueña BBQ | Meals | 14.70 |
| 257 | 05/06/11 | La Bonriqueña BBQ | Meals | 14.70 |
| 232 | 05/05/11 | Panaderia Mi Locura | Meals | 9.10 |
| 114 | 05/04/11 | La Bonriqueña BBQ | Meals | 13.17 |
| 117 | 05/03/11 | La Bonriqueña BBQ | Meals | 11.44 |
| 104 | 05/03/11 | La Bonriqueña BBQ | Meals | 12.56 |
| 190 | 05/03/11 | Panaderia Mi Locura | Meals | 11.35 |
| 6667 | 05/27/11 | Polko Tires | Compras | 409.00 |
| 989266 | 05/27/11 | Unipiezas Correa | Compras | 25.68 |
| 90737 | 05/27/11 | Autos Y Piezas Henry | Compras | 50.00 |
| 793536 | 05/25/11 | Transmobile | Compras | 26.75 |
| 33913 | 05/18/11 | El Monstruo Auto Parts | Compras | 20.26 |
| 33873 | 05/16/11 | El Monstruo Auto Parts | Compras | 11.00 |
| 33786 | 05/12/11 | El Monstruo Auto Parts | Compras | 32.00 |
| 33721 | 05/10/11 | El Monstruo Auto Parts | Compras | 48.15 |
| 33720 | 05/10/11 | El Monstruo Auto Parts | Compras | 34.24 |
| 1031365 | 05/06/11 | Centro Servicios BD-Dewalt | Compras | 10.70 |
| 62121406 | 05/05/11 | 1-800-Radiator & A/C | Compras | 202.23 |
| 1752 | 05/05/11 | Advances Auto Parts | Compras | 91.81 |
| 5619 | 05/19/11 | Advances Auto Parts | Compras | 29.41 |
| 5381 | 05/13/11 | Advances Auto Parts | Compras | 14.60 |
| 5365 | 05/13/11 | Advances Auto Parts | Compras | 255.67 |
| 1045 | 05/12/11 | Advances Auto Parts | Compras | 31.71 |
| 864 | 05/09/11 | Advances Auto Parts | Compras | 110.24 |
| 755 | 05/06/11 | Advances Auto Parts | Compras | 70.93 |
| 5021 | 05/05/11 | Advances Auto Parts | Compras | 31.65 |
| 370166 | 05/31/11 | Cabrera Auto Parts | Compras | 0.54 |
| 370112 | 05/30/11 | Cabrera Auto Parts | Compras | 44.94 |
| 370005 | 05/28/11 | Cabrera Auto Parts | Compras | 1.34 |
| 369803 | 05/25/11 | Cabrera Auto Parts | Compras | 18.19 |
| 369787 | 05/25/11 | Cabrera Auto Parts | Compras | 19.80 |
| 369664 | 05/23/11 | Cabrera Auto Parts | Compras | 6.42 |
| 369660 | 05/23/11 | Cabrera Auto Parts | Compras | 5.35 |
| | 05/18/11 | Cabrera Auto Parts | Compras | 185.65 |
| 369310 | 05/18/11 | Cabrera Auto Parts | Compras | 7.49 |
| 369167 | 05/16/11 | Cabrera Auto Parts | Compras | 16.59 |
| 369094 | 05/14/11 | Cabrera Auto Parts | Compras | 3.74 |
| 369053 | 05/14/11 | Cabrera Auto Parts | Compras | 8.83 |
| 368716 | 05/10/11 | Cabrera Auto Parts | Compras | 3.48 |
| 368596 | 05/07/11 | Cabrera Auto Parts | Compras | 5.35 |
| 368385 | 05/05/11 | Cabrera Auto Parts | Compras | 37.45 |
| 368178 | 05/03/11 | Cabrera Auto Parts | Compras | 6.35 |
| 627141b | 05/27/01 | Olympic Automotive & Accessories, Inc. | Compras | 58.08 |
| 627140b | 05/27/11 | Olympic Automotive & Accessories, Inc. | Compras | 25.81 |
| 9140091045 | 05/03/11 | Pepboys Auto | Compras | 17.08 |
| 31877 | 05/27/11 | Radtech Inc. | Compras | 31.76 |
| 31851 | 05/26/11 | Radtech Inc. | Compras | 179.00 |
| 31827 | 05/25/11 | Radtech Inc. | Compras | 149.00 |
| 31749 | 05/23/11 | Radtech Inc. | Compras | 114.37 |
| 31640 | 05/18/11 | Radtech Inc. | Compras | 149.51 |
| 31395 | 05/09/11 | Radtech Inc. | Compras | 265.85 |
| N/A | 4/30/2011 | Miguel Cruz Medina | Net Salary Paid Cash | 880.32 |
| | | | | |
| | | | | |
| | | | TOTAL | 4,627.32 |

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION
## Account Reconciliation
### As of May 31, 2011
### 10400 - First Bank-2609000625 Operatin
### Bank Statement Date: May 31, 2011

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 820.41 |
| Add: Cash Receipts | | | | |
| Less: Cash Disbursements | | | | (2,398.57) |
| Add (Less) Other | | | | 4,058.10 |
| Ending GL Balance | | | | 2,479.94 |
| Ending Bank Balance | | | | 3,230.62 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | | | | |
| | Apr 25, 2011 | 107 | (103.43) | |
| | Apr 25, 2011 | 108 | (18.25) | |
| | May 6, 2011 | 114 | (220.00) | |
| | May 24, 2011 | 119 | (409.00) | |
| Total outstanding checks | | | | (750.68) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 2,479.94 |

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION
## Outstanding Checks
### As of May 31, 2011
### 10400 - First Bank-2609000625 Operatin

Filter Criteria includes: 1) Uncleared Transactions; 2) Checks. Report order is by Number.

| Trans No | Date | Trans Desc | Trans Amt |
|----------|---------|------------------------|-----------|
| 107 | 4/25/11 | SECRETARIO DE HACIENDA | -103.43 |
| 108 | 4/25/11 | SECRETARIO DE HACIENDA | -18.25 |
| 114 | 5/6/11 | GUZMAN ELECTRIC | -220.00 |
| 119 | 5/24/11 | POLKO TIRES | -409.00 |
| | | Total | -750.68 |

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | 1 FIRST BANK |
|---|---|
| Account Number | 2601837854 |
| Purpose of Account (Business) | OTHER BUSINESS ACCOUNTS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 191 | 5/5/2011 | U.S. TRUSTEE | U.S. TRUSTEE QUARTELY FEES | 325.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 325.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION
## Account Reconciliation
### As of May 31, 2011
### 10200 - First Bank-2601837854 Rent
### Bank Statement Date: May 31, 2011

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 2,554.27 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | (325.00) |
| Add (Less) Other | 500.95 |
| Ending GL Balance | 2,730.22 |
| Ending Bank Balance | 2,730.22 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 2,730.22 |

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION
## Outstanding Checks
### As of May 31, 2011
### 10200 - First Bank-2601837854 Rent

Filter Criteria includes: 1) Uncleared Transactions, 2) Checks. Report order is by Number.

| Trans No | Date | Trans Desc | Trans Amt |
|----------|------|------------|-----------|
|          |      | Total      |           |

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month May-11 |
|---|---|---|
| Accounts Receivable Beginning Balance | | 27,000.00 |
| Plus: Billings During the Month | | 5,700.00 |
| Less: Collections During the Month | | -4,350.00 |
| Adjustments or WriteOffs* | | 0.00 |
| Accounts Receivable Ending Balance** | | 28,350.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month Apr-11 |
|---|---|---|
| 0 - 30 Days | | 4,700.00 |
| 31 - 60 Days | | 3,700.00 |
| 61 - 90 Days | | 2,900.00 |
| Over 90 Days | | 17,050.00 |
| | | |
| Total Accounts Receivable** | | 28,350.00 |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued | |
|---|---|---|---|
| **Federal Taxes** | | | |
| Withholding** | 0.00 | 0.00 | |
| FICA - Employee - Paid Quarterly | 66.10 | 118.98 | Due on 7/31/11 (paid with return) |
| FICA - Employer - Paid Quarterly | 89.51 | 161.12 | Due on 7/31/11 (paid with return) |
| Unemployment | 0.00 | 0.00 | |
| Income | 0.00 | 0.00 | |
| Other (Attach List) | 0.00 | 0.00 | |
| **Total Federal Taxes** | 155.61 | 280.10 | |
| | | | |
| **State & Local Taxes** | | | |
| Withholding | 0.00 | 0.00 | |
| Sales Tax (IVU) - Paid Next Month | 0.00 | 263.70 | **Paid 6/10/11** |
| Unemployment | 0.00 | 0.00 | |
| Real Property | 0.00 | 0.00 | |
| Personal Property | 0.00 | 0.00 | |
| Other (Attach List) Sinot(disability) | 0.00 | 0.00 | |
| **Total State & Local Taxes** | 0.00 | 263.70 | |
| **Total Post-Petition Taxes** | 155.61 | 543.80 | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

N/A

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | **Month** | **Month** | **Month** |
| **Accounts Payable Beginning Balance*** | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| **Accounts Payable Ending Balance** | | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\*Attach explanation for any adjustment or write-off

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| **Vendor & Description of Bill/Invoice** | **Date Incurred** | **Days Outstanding** | **Amount** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| **Name of Secured Creditor / Lessor** | **Scheduled Monthly Payment Due** | **Total Past Due From Prior Month(s)** | **Amount Paid During Month** | **Total Unpaid Postpetition** | **Total Number of Payments Past Due** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# 1 First Bank

| STATEMENT DATE |
| --- |
| 05/30/11 |

R33939 T82  P1  ******AUTO**5-DIGIT 00985        021-CUENTA PERFECTA

Illıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllılll        IM-026

ALEX RIVERA Y/O IRELSY VELAZQUEZ
DEPTOR IN POSESSION-CP 11 CASE1102161ESL
EST DE SAN FERNANDO                                    0*  2601837843
H7 CALLE 1
CAROLINA PR  00985-5207

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 970.14 | 3 | 2000.61 | 7 | 495.04 | .00 | 2,475.71 |

INTEREST EARNED THIS PERIOD                       .61
ANNUAL PERCENTAGE YIELD EARNED                 0.37%
DAYS IN PERIOD                                      32
YTD INTEREST PAID                                 .65
YTD TAX WITHHELD                                   .00
AVERAGE BALANCE                               1,900.74

CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
   DATE..........AMOUNT..........DESCRIPTION

   05/04      1,000.00           DEPOSIT
   05/19      1,000.00           DEPOSIT
   05/27          0.61           INTEREST PAID

OTHER DEBITS
   DATE..........AMOUNT..........DESCRIPTION

   05/04         30.00           POS-050311*241552-
                                 TEXACO 338 L CAROLINA        PR
   05/04         30.00           POS-050311*241554-
                                 TEXACO 338 L CAROLINA        PR
   05/04         20.00           POS-050311*241549-
                                 TEXACO 338 L CAROLINA        PR
   05/10         82.39           POS-051011*007138-
                                 EL MONSTRUO   CAROLINA       PR
   05/11        221.40           ACH DB -051111-011130001856575
                                 6417171LIBERTY                    6417171LIB
   05/13          1.25           DEBIT CARD FEE
   05/23        110.00           052011*018492-ATM WITHDRAWAL
                                 UPR CAROLINA DEC CAROLINA

* * * * * * * * OVERDRAFT AND RETURNED ITEMS FEES SUMMARY * * * * * * * * *
TOTAL OVERDRAFT FEES/ THIS PERIOD                  0.00
TOTAL OVERDRAFT FEES/ YEAR TO DATE                 0.00

TOTAL RETURNED ITEMS FEES/THIS PERIOD              0.00
TOTAL RETURNED ITEMS FEES/YEAR TO DATE             0.00

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * *

ALEX RIVERA Y/O IRELSY VELAZQUEZ        ACCOUNT  001-026-0000-2609000625
```A ALEX PROFESSIONAL MUFFLERS            DATE LAST STATEMENT       04/08/11
``_PTOR IN POSESSION-CP 11 CASE1102161ESL DATE THIS STATEMENT       06/01/11
                         *****DDA TRANSACTIONS*****

| BEGINNING BALANCE | CHECKS/OTHER DEBITS NBR | TOTAL AMOUNT | DEPOSITS/OTHER CREDITS NBR | TOTAL AMOUNT | ENDING BALANCE |
|---|---|---|---|---|---|
| 751.31 | 26 | 4994.23 | 7 | 7473.54 | 3230.62 |

| DATE | CK NBR | AMOUNT | TP | TRANSACTION DESCRIPTION | BALANCE |
|---|---|---|---|---|---|
| 05/18 | 118 | 40.20 | CK | DDA CHECK | 848.21 |
| 05/18 | 117 | 289.58 | CK | DDA CHECK | 558.63 |
| 05/20 | | 48.14 | DB | ALPHA ONE SECURI  ACH DB | 510.49 |
| 05/23 | | 127.50 | DB | PRAICO            ACH DB | 382.99 |
| 05/26 | | 2354.01 | | DDA DEPOSIT | 2737.00 |
| 05/26 | | 15.00 | | INSUFF | 2722.00 |
| 05/27 | | 1000.00 | | DDA DEPOSIT | 3722.00 |
| 05/27 | 120 | 261.38 | CK | DDA CHECK | 3460.62 |
| 05/27 | 121 | 230.00 | CK | DDA CHECK | 3230.62 |

LAST PAGE           PF2 - PAGE BKWD

ALEX RIVERA Y/O IRELSY VELAZQUEZ        ACCOUNT  001-026-0000-2609000625
`A ALEX PROFESSIONAL MUFFLERS           DATE LAST STATEMENT     04/08/11
᠘᠗PTOR IN POSESSION-CP 11 CASE1102161ESL DATE THIS STATEMENT    06/01/11
                        *****DDA TRANSACTIONS*****

| BEGINNING BALANCE | CHECKS/OTHER DEBITS | | DEPOSITS/OTHER CREDITS | | ENDING BALANCE |
|---|---|---|---|---|---|
| | NBR | TOTAL AMOUNT | NBR | TOTAL AMOUNT | |
| 751.31 | 19 | 3982.43 | 5 | 4119.53 | 888.41 |

| DATE | CK NBR | AMOUNT | TP | TRANSACTION DESCRIPTION | BALANCE |
|---|---|---|---|---|---|
| 04/29 | | 48.14 | DB | ALPHA ONE SECURI ACH DB | 1803.75 |
| 04/29 | 110 | 322.07 | CK | DDA CHECK | 1481.68 |
| 04/29 | 104 | 135.00 | CK | DDA CHECK | 1346.68 |
| 05/04 | | 1130.00 | | DDA DEPOSIT | 2476.68 |
| 05/09 | 111 | 267.97 | CK | DDA CHECK | 2208.71 |
| 05/09 | 112 | 205.44 | CK | DDA CHECK | 2003.27 |
| 05/10 | 113 | 315.00 | CK | DDA CHECK | 1688.27 |
| 05/11 | | 241.00 | DB | DEPT DE HACIENDA ACH DB | 1447.27 |
| 05/11 | | 138.80 | DB | 7765200DIRECTV01 ACH DB | 1308.47 |
| 05/11 | 109 | 404.59 | CK | DDA CHECK | 903.88 |
| 05/13 | | 144.53 | | DDA DEPOSIT | 1048.41 |
| 05/17 | 116 | 160.00 | CK | DDA CHECK | 888.41 |

PF1 - PAGE FWD     PF2 - PAGE BKWD

ALEX RIVERA Y/O IRELSY VELAZQUEZ          ACCOUNT  001-026-0000-2601837854
⌐PTOR IN POSESSION-CP 11 CASE1102161ESL DATE LAST STATEMENT    04/19/11
∟⌐T DE SAN FERNANDO                      DATE THIS STATEMENT    06/01/11
                       *****DDA TRANSACTIONS*****

| BEGINNING | CHECKS/OTHER DEBITS | | DEPOSITS/OTHER CREDITS | | ENDING |
| BALANCE | NBR | TOTAL AMOUNT | NBR | TOTAL AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 200.00 | 1 | 325.00 | 4 | 2855.22 | 2730.22 |

| DATE | CK NBR | AMOUNT | TP | TRANSACTION DESCRIPTION | BALANCE |
|---|---|---|---|---|---|
| 04/19 | | 2353.99 | | DDA DEPOSIT | 2553.99 |
| 04/28 | | 0.28 | CR | INTEREST PAID | 2554.27 |
| 05/04 | | 500.00 | | DDA DEPOSIT | 3054.27 |
| 05/05 | 91 | 325.00 | CK | DDA CHECK | 2729.27 |
| 05/27 | | 0.95 | CR | INTEREST PAID | 2730.22 |