# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | | | |
|---|---|---|---|
| IN RE: | **ALEX ROBERTO RIVERA DEGLANS**<br>**IRELSY JOANNA VELAZQUEZ REYES** | ¦ | **CASE NUMBER:** 11-02161 ESL |
| | | ¦ | |
| | **DEBTORS** | ¦ | **CHAPTER 11** |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM    1-Jun-11    **TO**    30-Jun-11

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 7/22/11

_____
Attorney for Debtor

**ALEX ROBERTO RIVERA DEGLANS**
ESTANCIAS DE SAN FERNANDO
H7 CALLE 1
CAROLINA PR 00985-5207
787-603-5827

**ALMEIDA & DAVILA, P.S.C.**
PO Box 191757
San Juan, Puerto Rico 00919-1757
Phone: (787) 722-2500
Fax: (787) 722-2227

**ENRIQUE M. ALMEIDA BERNAL**
USDC-PR 217701
email: ealmeida@almeidadavila.com

**ZELMA DAVILA CARRASQUILLO**
USDC-PR 218913
Email: zdavila@almeidadavila.com

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website.
http://www.usdoj.gov/ust/r21/reg_info.htm
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: Alex Roberto Rivera Deglans
Case Number: 11-02161 (ESL)

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month JUNE | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 2,475.10 | 4,029.09 |
| CASH- Beginning of Month (Business) | 5,209.84 | 9,535.03 |
| | | |
| Total Household Receipts | 4,143.47 | 16,527.32 |
| Total Business Receipts | 13,864.47 | 52,321.84 |
| Total Receipts | 18,007.94 | 68,849.16 |
| | | |
| Total Household Disbursements | 5,751.15 | 16,243.75 |
| Total Business Disbursements | 11,431.81 | 44,095.12 |
| Total Disbursements | 17,182.96 | 60,338.87 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 824.98 | 8,510.29 |
| | | |
| CASH- End of Month (Individual) | 867.42 | 4,312.06 |
| CASH- End of Month (Business) | 7,642.50 | 17,761.75 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 17,182.96 | 60,338.87 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 4,143.04 | 16,526.85 |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 13,039.92 | 43,812.02 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This  22  day of  Julio   20 11

Debtor's Signature

Monthly Operating Report - Individual

# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative |
|---|---|---|
|  | Jun-11 | Total |
| **CASH** - Beginning of Month | 2,475.71 | 4,029.70 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | 4,143.04 | 17,110.70 |
| Wages from Other Sources (attach list to this report) | 0.00 | 0.00 |
| Interest or Dividend Income | 0.00 | 0.00 |
| Alimony or Child Support | 0.00 | 0.00 |
| Social Security/Pension/Retirement | 0.00 | 0.00 |
| Sale of Household Assets (attach list to this report) | 0.00 | 0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0.00 | 0.00 |
| Other (specify) - Interest Income | 0.43 | 1.08 |
|  | 0.00 | 0.00 |
| **TOTAL RECEIPTS** | 4,143.47 | 17,111.78 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Dogs & Horse Foods | 110.49 | 675.75 |
| Charitable Contributions | 0.00 | 0.00 |
| Gifts | 0.00 | 0.00 |
| Household Expenses/Food/Clothing | 1,135.33 | 4,588.35 |
| Household Repairs & Maintenance | 493.39 | 535.22 |
| Insurance | 0.00 | 0.00 |
| Alarms Services | 48.14 | 192.56 |
| Lease/Rent Payments | 0.00 | 0.00 |
| Medical/Dental Payments | 1,040.00 | 2,080.00 |
| Mortgage Payment(s) | 0.00 | 0.00 |
| Other Secured Payments | 0.00 | 0.00 |
| Taxes - Personal Property | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Taxes Other (attach schedule) | 0.00 | 0.00 |
| Travel & Entertainment | 11.97 | 11.97 |
| Tuition/Education | 1,072.00 | 3,367.03 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 593.68 | 2,455.26 |
| Vehicle Expenses | 1,020.00 | 1,435.00 |
| Vehicle Secured Payment(s) | 0.00 | 255.00 |
| U. S. Trustee Quarterly Fees | 0.00 | 325.00 |
| Professional Fees (Legal, Accounting) | 0.00 | 0.00 |
| Other (attach schedule) | 0.00 | 50.00 |
| Stationary Expense | 0.00 | 43.96 |
| Medicine | 224.90 | 224.90 |
| Bank charges | 1.25 | 3.75 |
| Advertising | 0.00 | 0.00 |
| **Total Household Disbursements** | 5,751.15 | 16,243.75 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | 868.03 | 4,897.73 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>Jun-11 | Cumulative<br>Total |
|---|---|---|
| **CASH** - Beginning of Month | 5,210.21 | 9,536.14 |
| | | |
| **BUSINESS CASH RECEIPTS** | 0.00 | 0.00 |
| Cash Sales | 7,520.00 | 29,585.00 |
| Account Receivable Collection | 0.00 | 0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0.00 | 0.00 |
| Rental Income | 3,700.00 | 14,550.00 |
| Other (specify) - Collection of Note Receivable | 2,353.99 | 7,061.99 |
| Other (specify) - IVU Collected | 289.36 | 1,122.46 |
| Other (specify) - Interest Income | 1.12 | 2.39 |
| **Total Business Receipts** | 13,864.47 | 52,321.84 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | 880.32 | 3,741.36 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 4,143.04 | 17,110.70 |
| Taxes - Payroll | 0.00 | 526.27 |
| Taxes - Sales | 263.70 | 1,119.00 |
| Taxes Other (attach schedule) | 0.00 | 0.00 |
| Contract Labor (Subcontractors) | 0.00 | 0.00 |
| Inventory Purchases | 3,409.97 | 15,469.49 |
| Secured/Lease Payments (Business) | 0.00 | 0.00 |
| Utilities (Business) | 433.61 | 1,885.77 |
| Insurance | 0.00 | 461.40 |
| Vehicle Expenses | 820.00 | 1,200.00 |
| Travel & Entertainment | 0.00 | 0.00 |
| Repairs and Maintenance | 730.00 | 1,115.58 |
| Supplies | 0.00 | 23.90 |
| Meals - Fringe Benefits | 751.17 | 2,010.50 |
| Purchase of Fixed Assets | 0.00 | 0.00 |
| Advertising | 0.00 | 0.00 |
| Bank Charges | 0.00 | 15.00 |
| Other (attach schedule) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| **Total Business Disbursements** | 11,431.81 | 44,678.97 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | 7,642.87 | 17,179.01 |

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1 | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3 | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5 | Have any post-petition loans been received by the debtor from any party? | | X |
| 6 | Are any post-petition payroll taxes past due? | | X |
| 7 | Are any post-petition state or federal income taxes past due? | | X |
| 8 | Are any post-petition state or local sales taxes past due? | | X |
| 9 | Are any post-petition real estate taxes past due? | | X |
| 10 | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11 | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1 | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2 | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

The auto insurance is not current, since the policy payments are included with the auto loan payments.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY      and      CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

_____ Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |
| |
| |
| |
| |
| Estimated Date of Filing the Plan of Reorganization and Disclosure Statement |

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | 1 First Bank | 1 First Bank | 1 First Bank | |
| Account Number: | 2601837843 | 2609000625 | 2601837854 | |
| Purpose of Account (Business/Personal) | Personal | Business | Business | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| | | | | |
| 1. Balance per Bank Statement | 868.03 | 2,966.54 | 5,085.33 | |
| 2. ADD: Deposits not credited (attach list to this report) | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 0.00 | 409.00 | 0.00 | |
| 4. Other Reconciling Items (attach list to this report) | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | 868.03 | 2,557.54 | 5,085.33 | |
| TOTAL OF ALL ACCOUNTS | | | | 8,510.90 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

# CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | 1 FIRST BANK |
|---|---|
| Account Number | 2601837843 |
| Purpose of Account (Personal) | Household Disbursement Paid Cash |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| DEBIT MEMO | JUNE | CUD | PLAN MEDICO | 520.00 |
| DEBIT MEMO | JUNE | CARGOS BANCARIOS | CARGOS BANCARIOS | 1.25 |
| DEBIT MEMO | JUNE | CUD | PLAN MEDICO | 520.00 |
| DEBIT MEMO | JUNE | DIRECT TV | CABLE TV | 139.86 |
| 93 | 6/1/2011 | JOELLE MORALES | TUTORIAS | 147.00 |
| 94 | 6/1/2011 | JOELLE MORALES | TUTORIAS | 125.00 |
| 95 | 6/14/2011 | JOELLE MORALES | TUTORIAS | 250.00 |
| | | | TOTAL | 1,703.11 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Purpose of Account (Personal) | Personal Expenses |
|---|---|
| Type of Account (e.g., Checking) | Household Disbursement Paid Cash |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| N/A | 6/25/2011 | WALMART | COMIDA | $108.13 |
| N/A | 6/21/2011 | ECONO | COMIDA | 26.57 |
| N/A | 6/18/2011 | SAMS CLUB | COMIDA | 72.26 |
| N/A | 6/12/2011 | COSTCO | COMIDA | 221.81 |
| N/A | 6/28/2011 | MEGA AGROCENTRO LOS COLOBOS | COMIDA ANIMALES | 44.51 |
| N/A | 6/7/2011 | MEGA AGROCENTRO LOS COLOBOS | COMIDA ANIMALES | 21.38 |
| N/A | 6/7/2011 | MEGA AGROCENTRO LOS COLOBOS | COMIDA ANIMALES | 11.82 |
| N/A | 6/4/2011 | MEGA AGROCENTRO LOS COLOBOS | COMIDA ANIMALES | 18.88 |
| N/A | 6/13/2011 | POLLO TROPICAL | COMIDA | 9.62 |
| N/A | 6/12/2011 | POPEYES | COMIDA | 28.86 |
| N/A | 6/25/2011 | BASKIN ROBBINS | COMIDA | 12.27 |
| N/A | 6/10/2011 | PIZZA PASTA PLANZA MANTIENZO | COMIDA | 27.53 |
| N/A | 6/8/2011 | EL MENSON SANDWICHES | COMIDA | 15.58 |
| N/A | 6/8/2011 | LECHONERA EL MOJITO | COMIDA | 56.46 |
| N/A | 6/3/2011 | BURRITO | COMIDA | 9.95 |
| N/A | 6/23/2011 | LUIS ORTIZA ESPINOSA, MD | MEDICINA | 47.10 |
| N/A | 6/2/2011 | FERRETERIA EL METRO | REPARACION & MANTENIMIENTO | 13.53 |
| N/A | 6/24/2011 | THE HOME DEPOT | REPARACION & MANTENIMIENTO | 15.95 |
| N/A | 6/22/2011 | THE HOME DEPOT | REPARACION & MANTENIMIENTO | 6.72 |
| N/A | 6/21/2011 | KMART | GASTOS ANIMALES | 13.90 |
| N/A | 6/17/2011 | THE HOME DEPOT | REPARACION & MANTENIMIENTO | 27.78 |
| N/A | 6/17/2011 | THE HOME DEPOT | REPARACION & MANTENIMIENTO | 19.22 |
| N/A | 6/15/2011 | WALGREENS | MEDICINA | 22.45 |
| N/A | 6/14/2011 | THE HOME DEPOT | REPARACION & MANTENIMIENTO | 13.80 |
| N/A | 6/12/2011 | COSTCO | MEDICINA | 42.28 |
| N/A | 6/9/2011 | FARMACIA MEDINA | MEDICINA | 35.45 |
| N/A | 6/9/2011 | WALGREENS | CUIDADO PERSONAL | 2.14 |
| N/A | 6/9/2011 | WALGREENS | CUIDADO PERSONAL | 74.63 |
| N/A | 6/9/2011 | KRESS | COMPRA ROPA | 27.82 |
| N/A | 6/9/2011 | AEROPOSTALE | COMPRA ROPA | 20.26 |
| N/A | 6/9/2011 | AEROPOSTALE | COMPRA ROPA | 16.04 |
| N/A | 6/9/2011 | LABORATORIO CLINICO LOS COLOBOS | GASTOS MEDICOS | 19.00 |
| N/A | 6/8/2011 | MAIDENFORM | MEDIAS | 34.24 |
| N/A | 6/8/2011 | GAP OUTLET | ROPA | 26.61 |
| N/A | 6/6/2011 | WALGREENS | MEDICINA | 58.62 |
| N/A | 6/14/2011 | VIDEO AVENUE LOS COLOBOS | ALQUILER DE PELICULAS | 4.99 |
| N/A | 6/10/2011 | VIDEO AVENUE LOS COLOBOS | ALQUILER DE PELICULAS | 4.99 |
| N/A | 6/5/2011 | VIDEO AVENUE LOS COLOBOS | ALQUILER DE PELICULAS | 1.99 |
| N/A | 6/13/2011 | FERRETERIA VARGAS, INC. | REPARACION & MANTENIMIENTO | 21.39 |
| N/A | 6/28/2011 | COLEGIO CIEM | MATRICULA - COLEGIO | 550.00 |
| N/A | 6/30/2011 | VARIOS COMPRAS | ACCESORIOS ASEO DE HOGAR Y PERSONAL | 165.00 |
| N/A | 6/30/2011 | VARIOS COMPRAS | GASOLINA | 380.00 |
| N/A | 6/30/2011 | VARIOS GASTOS | REPARACION AIRE ACOND. VEHICULO | 640.00 |
| N/A | 6/30/2011 | VARIOS GASTOS | ALQUILER DE DIGER - ENTERAR CABALLO | 375.00 |
| N/A | 6/15/2011 | A.A.A. | CONSUMO DE AGUA | 42.50 |
| N/A | 6/15/2011 | A.E.E. | CONSUMO DE ENERGIA | 411.32 |
| | | | TOTAL | $3,820.35 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION

## Account Reconciliation
### As of Jun 30, 2011
### 10300 - First Bank-2601837843 Personal
### Bank Statement Date: June 30, 2011

Filter Criteria includes. Report is printed in Detail Format.

| | |
|---|---|
| Beginning GL Balance | 2,475.71 |
| Add Cash Receipts | |
| Less Cash Disbursements | (522.00) |
| Add (Less) Other | (1,085.68) |
| Ending GL Balance | 868.03 |
| Ending Bank Balance | 868.03 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 868.03 |

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION
## Outstanding Checks
### As of Jun 30, 2011
#### 10300 · First Bank-2601837843 Personal

| Trans No | Date | Trans Desc | Trans Amt |
|----------|------|------------|-----------|
| | | Total | |

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | 1 FIRST BANK |
|---|---|
| Account Number | 2609000625 |
| Purpose of Account (Business) | OPERATING BUSINESS ACCOUNTS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| 122 | 6/6/2011 | MUNICIPIO DE CAROLINA | PAGO IVU | 37.70 |
| 123 | 6/6/2011 | SALVADOR | ESPEJUELOS | 180.00 |
| 124 | 6/16/2011 | OLYMPIC AUTOMOTIVE | COMPRAS MATERIALES | 484.84 |
| 125 | 6/21/2011 | VOID | VOID CHECKS | 0.00 |
| 126 | 6/21/2011 | OLYMPIC AUTOMOTIVE | COMPRAS MATERIALES | 150.65 |
| 127 | 6/24/2011 | OLYMPIC AUTOMOTIVE | COMPRAS MATERIALES | 278.48 |
| 128 | 6/24/2011 | GAS WELDING STORE | COMPRAS MATERIALES | 204.33 |
| 129 | 6/25/2011 | PLATINIUM TIRE | COMPRAS MATERIALES | 185.00 |
| 130 | 6/28/2011 | OLYMPIC AUTOMOTIVE | COMPRAS MATERIALES | 97.26 |
| | | | | |
| DEBIT MEMO | JUNE | SECRETARIO DE HACIENDA | PAGO IVU ESTATAL DE ABRIL 2011 | 226.00 |
| DEBIT MEMO | JUNE | ALPHA ONE SECURITY | ALARMA | 48.14 |
| | | | TOTAL | 1,892.40 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| Purpose of Account (Business) | Business Disbursement |
|---|---|
| Type of Account (e.g., Checking) | Business Disbursement Petty Cash |

| Invoice Number | Date of Invoice | Vendors | Purpose or Description | Amount |
|---|---|---|---|---|
| 13 | 06/30/11 | PANADERÍA MI LOCURA | MEALS | 3.30 |
| 167 | 06/02/11 | PANADERÍA MI LOCURA | MEALS | 14.14 |
| 75 | 06/02/11 | LA BORINQUEÑA BBQ | MEALS | 11.33 |
| 18 | 06/03/11 | PANADERÍA MI LOCURA | MEALS | 18.06 |
| 262 | 06/03/11 | K.F.C. | MEALS | 14.21 |
| 170 | 06/06/11 | PANADERÍA MI LOCURA | MEALS | 13.70 |
| 204 | 06/07/11 | PANADERÍA MI LOCURA | MEALS | 7.23 |
| 77 | 06/07/11 | LA BORINQUEÑA BBQ | MEALS | 12.20 |
| 176 | 06/08/11 | PANADERÍA MI LOCURA | MEALS | 13.38 |
| 70 | 06/08/11 | LA BORINQUEÑA BBQ | MEALS | 7.35 |
| 51 | 06/09/11 | SUBWAY SANDWICHES | MEALS | 19.13 |
| 441 | 06/09/11 | PANADERÍA MI LOCURA | MEALS | 7.55 |
| 15517 | 06/09/11 | CHURCH CHICKEN | MEALS | 13.89 |
| 177 | 06/09/11 | KFC | MEALS | 13.01 |
| 101 | 06/10/11 | EL MENSION SANDWICHES | MEALS | 13.67 |
| 87 | 06/10/11 | PANADERÍA MI LOCURA | MEALS | 9.36 |
| 51 | 06/10/11 | LA BORINQUEÑA BBQ | MEALS | 18.12 |
| 552075 | 06/10/11 | TIENDITA HOLSUN | MEALS | 7.89 |
| 191 | 06/13/11 | PANADERÍA MI LOCURA | MEALS | 9.75 |
| 192 | 06/13/11 | PANADERÍA MI LOCURA | MEALS | 1.52 |
| 1099 | 06/13/11 | CRAZY CHICKEN | MEALS | 14.96 |
| 1103 | 06/13/11 | CRAZY CHICKEN | MEALS | 2.14 |
| 455 | 06/14/11 | PANADERÍA MI LOCURA | MEALS | 10.66 |
| 55476 | 06/14/11 | PANADERÍA MI LOCURA | MEALS | 4.70 |
| 1105 | 06/15/11 | CRAZY CHICKEN | MEALS | 19.20 |
| 137 | 06/16/11 | PANADERÍA MI LOCURA | MEALS | 6.66 |
| 584004 | 06/16/11 | TIENDITA HOLSUN | MEALS | 2.59 |
| 413 | 06/16/11 | KFC | MEALS | 17.11 |
| 243 | 06/17/11 | PANADERÍA MI LOCURA | MEALS | 9.63 |
| 445 | 06/20/11 | PANADERÍA MI LOCURA | MEALS | 8.70 |
| 158 | 06/22/11 | PANADERÍA MI LOCURA | MEALS | 6.20 |
| 162 | 06/22/11 | PANADERÍA MI LOCURA | MEALS | 11.48 |
| 215 | 06/22/11 | KFC | MEALS | 23.06 |
| 77 | 06/22/11 | LA BORINQUEÑA BBQ | MEALS | 16.12 |
| 55310 | 06/22/11 | PANADERÍA MI LOCURA | MEALS | 2.96 |
| 195 | 06/23/11 | PANADERÍA MI LOCURA | MEALS | 12.84 |
| 1851 | 06/24/11 | PANADERÍA MI LOCURA | MEALS | 11.17 |
| 586876 | 06/24/11 | TIENDITA HOLSUN | MEALS | 4.69 |
| 466 | 06/25/11 | KFC | MEALS | 18.51 |
| 95 | 06/25/11 | LA BORINQUEÑA BBQ | MEALS | 18.72 |
| 125 | 06/26/11 | LA BORINQUEÑA BBQ | MEALS | 18.12 |
| 204 | 06/28/11 | PANADERÍA MI LOCURA | MEALS | 7.02 |
| 208 | 06/28/11 | PANADERÍA MI LOCURA | MEALS | 5.81 |
| 192 | 06/29/11 | PANADERÍA MI LOCURA | MEALS | 10.01 |
| 76 | 06/30/11 | LA BORINQUEÑA BBQ | MEALS | 15.12 |
| 167 | 06/30/11 | PANADERÍA MI LOCURA | MEALS | 14.68 |
| 168 | 06/30/11 | PANADERÍA MI LOCURA | MEALS | 1.52 |
| | 06/30/11 | VARIAS COMPRAS DE COMIDA Y DESYUNO | MEALS | 225.00 |
| N/A | 06/15/11 | A.E.E. | SERVICIOS DE ELECTRICIDAD | 5.00 |
| N/A | 06/15/11 | A.E.E. | SERVICIOS DE ELECTRICIDAD | 12.96 |
| N/A | 06/15/11 | A.E.E. | SERVICIOS DE ELECTRICIDAD | 75.89 |
| N/A | 06/30/11 | A.A.A. | SERVICIOS DE AGU | 106.20 |
| N/A | 06/15/11 | P.R.T.C. | TELEFONOS | 98.56 |
| N/A | 06/24/11 | AT & T | CELULARES | 182.00 |
| 372117 | 06/27/11 | CABRERA AUTO PARTS CAROLINA | COMPRAS | 2.65 |
| 372050 | 06/27/11 | EURO PIEZAS AUTO PARTS | COMPRAS | 19.70 |
| 647209 | 06/20/11 | CABRERA AUTO PARTS CAROLINA | COMPRAS | 6.42 |
| 371918 | 06/24/11 | CABRERA AUTO PARTS CAROLINA | COMPRAS | 2.95 |
| 371899 | 06/24/11 | CABRERA AUTO PARTS CAROLINA | COMPRAS | 1.61 |
| 371823 | 06/23/11 | CABRERA AUTO PARTS CAROLINA | COMPRAS | 5.39 |
| 371807 | 06/23/11 | CABRERA AUTO PARTS CAROLINA | COMPRAS | 3.21 |
| 371676 | 06/21/11 | CABRERA AUTO PARTS CAROLINA | COMPRAS | 5.35 |
| 371669 | 06/21/11 | CABRERA AUTO PARTS CAROLINA | COMPRAS | 8.81 |
| 371743 | 06/22/11 | CABRERA AUTO PARTS CAROLINA | COMPRAS | 5.71 |
| 371349 | 06/16/11 | CABRERA AUTO PARTS CAROLINA | COMPRAS | 3.48 |
| 371331 | 06/16/11 | CABRERA AUTO PARTS CAROLINA | COMPRAS | 2.66 |
| 370932 | 06/10/11 | CABRERA AUTO PARTS CAROLINA | COMPRAS | 14.98 |
| 370854 | 06/09/11 | CABRERA AUTO PARTS CAROLINA | COMPRAS | 74.90 |
| 6869 | 06/24/11 | ADVANCE AUTO PARTS | COMPRAS | 24.55 |
| 3152 | 06/18/11 | ADVANCE AUTO PARTS | COMPRAS | 23.75 |
| 3024 | 06/16/11 | ADVANCE AUTO PARTS | COMPRAS | 50.16 |
| 2862 | 06/14/11 | ADVANCE AUTO PARTS | COMPRAS | 17.86 |
| 5285 | 06/09/11 | ADVANCE AUTO PARTS | COMPRAS | 33.90 |
| 62834DB | 06/15/11 | OLIMPIC AUTOMOTIVE & ACCESSORIES | COMPRAS | 149.69 |
| 62861BB | 06/10/11 | OLIMPIC AUTOMOTIVE & ACCESSORIES | COMPRAS | 64.09 |
| 6283298 | 06/10/11 | OLIMPIC AUTOMOTIVE & ACCESSORIES | COMPRAS | 29.79 |
| 62769BB | 06/01/11 | OLIMPIC AUTOMOTIVE & ACCESSORIES | COMPRAS | 89.54 |
| 91400916648 | 06/04/11 | PEP BOYS | COMPRAS | 12.61 |
| 91400916642 | 06/04/11 | PEP BOYS | COMPRAS | 2.35 |
| 91400916635 | 06/04/11 | PEP BOYS | COMPRAS | 14.43 |
| 32627 | 06/24/11 | RADTECH INC | COMPRAS | 28.89 |
| 125228 | 6/23/2011 | RADTECH INC | COMPRAS | 29.90 |
| 32448 | 6/18/2011 | RADTECH INC | COMPRAS | 104.00 |
| 32161 | 6/10/2011 | RADTECH INC | COMPRAS | 142.00 |
| 32195 | 6/10/2011 | RADTECH INC | COMPRAS | 106.00 |
| 1002049 | 6/16/2011 | CARIBE AUTOMOTIVE DISTRIBUTORS | COMPRAS | 17.00 |
| 440068 | 6/16/2011 | JAPA KOREAN | COMPRAS | 12.73 |
| 393267 | 6/14/2011 | AUTO FRENOS | COMPRAS | 96.30 |
| CS-257 | 6/13/2011 | GAS WELDING STORE | COMPRAS | 112.01 |
| A20776 | 06/07/11 | RICARDO CRUZ DIST | COMPRAS | 429.65 |
| 61824 | 06/03/11 | CEA INDUSTRIAL | COMPRAS | 14.87 |
| 1397596 | 06/01/11 | LA CASA DE LOS TORNILLOS | COMPRAS | 18.40 |
| 7951 | 06/02/11 | WEST MARINE | COMPRAS | 36.30 |
| 260998 | 06/13/11 | FERRETERIA EL METRO | COMPRAS | 8.45 |
| 282051 | 06/18/11 | FERRETERIA EL METRO | COMPRAS | 4.76 |
| N/A | 06/30/11 | VARIAS COMPRAS | RECOGIDO DE BASURA | 180.00 |
| N/A | 06/30/11 | VARIAS COMPRAS | GASTO DE AUTO-GASOLINA | 265.00 |
| N/A | 06/30/11 | VARIOS GASTOS | REPARACION VEHICULO DE MOTOR | 565.00 |
| N/A | 06/30/11 | VARIOS GASTOS | REPARACION EQUIPO TALLER | 570.00 |
| N/A | 4/30/2011 | Miguel Cruz Medina | Net Salary Petty Cash | 880.32 |
| | | | TOTAL | 5,824.51 |

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION
## Account Reconciliation
### As of Jun 30, 2011
### 10400 - First Bank-2609000625 Operatin
### Bank Statement Date: June 30, 2011

Filter Criteria includes. Report is printed in Detail Format

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 2,479.94 |
| Add: Cash Receipts | | | | |
| Less: Cash Disbursements | | | | (1,618.26) |
| Add (Less) Other | | | | 1,695.86 |
| Ending GL Balance | | | | 2,557.54 |
| Ending Bank Balance | | | | 2,966.54 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | May 24, 2011 | 119 | (409.00) | |
| Total outstanding checks | | | | (409.00) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 2,557.54 |

This report includes 1 Unclearered Transactions, 2 Checks. Report order is by Number.

| Trans No | Date | Trans Desc | Trans Amt |
|----------|--------|-------------|-----------|
| 119 | 5/24/11 | POLKO TIRES | -409.00 |
| | | Total | **-409.00** |

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | 1 FIRST BANK |
|---|---|
| Account Number | 2601837854 |
| Purpose of Account (Business) | OTHER BUSINESS ACCOUNTS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION

## Account Reconciliation
### As of Jun 30, 2011
### 10200 - First Bank-2601837854 Rent
### Bank Statement Date: June 30, 2011

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---|
| Beginning GL Balance | 2,730.22 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | 2,355.11 |
| Ending GL Balance | 5,085.33 |
| Ending Bank Balance | 5,085.33 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 5,085.33 |

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION

## Outstanding Checks

### As of Jun 30, 2011

#### 10200 - First Bank-2601837854 Rent

Filter Criteria includes: 1) In cleared transactions. 2) Checks. Report order is by Number.

| Trans No | Date | Trans Desc | Trans Amt |
|----------|------|------------|-----------|
| | | Total | |

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month Jun-11 |
|---|---|---|
| Accounts Receivable Beginning Balance | | 28,350.00 |
| Plus Billings During the Month | | 4,200.00 |
| Less Collections During the Month | | -3,700.00 |
| Adjustments or WriteOffs* | | 0.00 |
| Accounts Receivable Ending Balance** | | 28,850.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month Jun-11 |
|---|---|---|
| 0 - 30 Days | | 4,200.00 |
| 31 - 60 Days | | 4,100.00 |
| 61 - 90 Days | | 2,900.00 |
| Over 90 Days | | 17,650.00 |
| | | |
| Total Accounts Receivable** | | 28,850.00 |

* Attach explanation of any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued | |
|---|---|---|---|
| **Federal Taxes** | | | |
| Withholding** | 0.00 | 0.00 | |
| FICA - Employee - Paid Quarterly | 52.88 | 118.98 | Due on 7/31/11 (paid with return) |
| FICA - Employer - Paid Quarterly | 71.61 | 161.12 | Due on 7/31/11 (paid with return) |
| Unemployment | 0.00 | 103.43 | Due on 7/31/11 (paid with return) |
| Income | 0.00 | 0.00 | |
| Other (Attach List) Disability | 0.00 | 18.25 | Due on 7/31/11 (paid with return) |
| **Total Federal Taxes** | 124.49 | 401.78 | |
| | | | |
| | | | |
| **State & Local Taxes** | | | |
| Withholding | 0.00 | 0.00 | |
| Sales Tax (IVU) - Paid Next Month | 0.00 | 289.36 | Paid 7/10/11 |
| Unemployment | 0.00 | 0.00 | |
| Real Property | 0.00 | 0.00 | |
| Personal Property | 0.00 | 0.00 | |
| Other (Attach List) Sinot(disability) | 0.00 | 0.00 | |
| **Total State & Local Taxes** | 0.00 | 289.36 | |
| **Total Post-Petition Taxes** | 124.49 | 691.14 | |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

N/A

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

*  The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
**Attach explanation for any adjustment or write-off

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*** List any additional payables on a separate sheet and attach to this schedule

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

          Account 2609000625  Ctl2 001 Ctl3 026 Ctl4 0000 Ctl1 01    Curr
Prod Type 017  BUSINESS PLUS DBA              MSGS:
Status 00-NORMAL                             System Type 010-COMMERCIAL
ALEX RIVERA Y/O IRELSY VELAZQUEZ             Ext Inv Fund        Link
DBA ALEX PROFESSIONAL MUFFLERS               Cust Balance            4747.18
DEPTOR IN POSESSION-CP 11 CASE1102161ESL     Memo Balance            4747.18
EST DE SAN FERNANDO H7 CALLE 1               DDA Balance             4747.18
CAROLINA PR                    00985-5207    Loan Balance               0.00
                                             Sav Balance                0.00
IVR          4747.18  Ln Av            0.00  Sav Avail                  0.00
MMDA   NO          Dt Opened      03/29/11   Bank Unavail               0.00
Charge Card?   NO  Dt Lst Cust Actv 07/18/11 Cust Unavail               0.00
Spec Inst?     NO  Dt Lst Dep       07/14/11 Min DDA Bal                0.00
NSF?  NO  OD?  NO  Dt Lst Maint     04/15/11 Avg Coll Bal            4185.02
Bal Hist?      YES Sign 0 Loc Nbr            MTD Avg Bal             4232.39
Bal Hist Ret   15  TIN: Cd 1  Nbr 660609979  Last Dep Amt            700.00
Con Kite Days   0  Number Amt Xfers        0 Reg-E Amount               0.00
MTD Kite Days   0  Number Ck Items         3 Total Holds                0.00
Stop Pay        0  OD Limit            0.00  Cyc Accrd             0.000000
                   Ext Inv             0.00  Proj Accrd                 0.00
   PF1-Fwd  PF4-Hist  PF5-Redisp  PF14-S/H Inq  PF12-Help  PF18-IBT Inq

| SERIAL | POST | BATCH | SEQ | TRAN | | | | RET |
| NUMBER | DATE | NBR | NBR | CODE | AMOUNT | TR | DESCRIPTION/SOURCE | DAYS |
|---|---|---|---|---|---|---|---|---|
| 107 | 06/03 | 201 | 63390 | 0048 | 103.43 | CK | DDA CHECK | 20 |
| 108 | 06/03 | 201 | 63120 | 0048 | 18.25 | CK | DDA CHECK | 20 |
| 123 | 06/06 | 26 | 40990 | 0040 | 180.00 | CK | DDA CHECK | 20 |
| | 06/07 | 93 | 4097 | 0036 | 226.00 | DB | DEPT DE HACIENDAACH DB | 20 |
| 114 | 06/10 | 280 | 16440 | 0048 | 220.00 | CK | DDA CHECK | 20 |
| | 06/15 | 26 | 42470 | 0160 | 1970.00 | DP | DDA DEPOSIT | 20 |
| 122 | 06/16 | 26 | 45750 | 0042 | 37.70 | CK | DDA CHECK | 20 |
| | 06/20 | 93 | 3901 | 0036 | 48.14 | DB | ALPHA ONE SECURIACH DB | 20 |
| 124 | 06/20 | 201 | 39870 | 0048 | 484.84 | CK | DDA CHECK | 20 |
| 126 | 06/23 | 201 | 29190 | 0048 | 150.65 | CK | DDA CHECK | 20 |
| 127 | 06/28 | 201 | 5070 | 0048 | 278.48 | CK | DDA CHECK | 20 |
| 129 | 06/28 | 201 | 80070 | 0048 | 185.00 | CK | DDA CHECK | 20 |
| 128 | 06/29 | 234 | 8620 | 0048 | 204.33 | CK | DDA CHECK | 20 |
| 130 | 06/30 | 201 | 3260 | 0048 | 97.26 | CK | DDA CHECK | 20 |
| | 07/06 | 26 | 38960 | 0160 | 1095.00 | DP | DDA DEPOSIT | |
| | 07/06 | 26 | 38990 | 0015 | 700.00 | DP | DDA DEPOSIT | |

PF1 - PAGE FWD

| SERIAL | POST | BATCH | SEQ | TRAN | AMOUNT | TR | DESCRIPTION/SOURCE | RET DAYS |
|--------|------|-------|-----|------|--------|----|--------------------|----------|
|        | 07/06 | 93 | 4838 | 0036 | 248.00 | DB | DEPT DE HACIENDAACH | DB |
| 132 | 07/12 | 201 | 81900 | 0048 | 125.00 | CK | DDA CHECK | |
|        | 07/14 | 50 | 83660 | 0160 | 700.00 | DP | DDA DEPOSIT | |
| 131 | 07/15 | 26 | 55000 | 0042 | 41.36 | CK | DDA CHECK | |
| 133 | 07/18 | 234 | 3500 | 0048 | 300.00 | CK | DDA CHECK | |

LAST PAGE          PF2 - PAGE BKWD

            Account 2601837854  Ctl2 001 Ctl3 026 Ctl4 0000 Ctl1 01   Curr
Prod Type 021  CUENTA PERFECTA              OD-OUT    MSGS:
Status 00-NORMAL                               System Type 020-PERSONAL
ALEX RIVERA Y/O IRELSY VELAZQUEZ               Ext Inv Fund       Link
DEPTOR IN POSESSION-CP 11 CASE1102161ESL       Cust Balance            5085.33
EST DE SAN FERNANDO                            Memo Balance            5085.33
H7 CALLE 1                                     DDA Balance             5085.33
CAROLINA PR                    00985-5207      Loan Balance               0.00
                                               Sav Balance                0.00
IVR          5085.33   Ln Av            0.00   Sav Avail                  0.00
MMDA   NO         Dt Opened        03/29/11    Bank Unavail               0.00
Charge Card?   NO  Dt Lst Cust Actv  06/21/11  Cust Unavail               0.00
Spec Inst?     NO  Dt Lst Dep       06/21/11   Min DDA Bal                0.00
NSF?  NO  OD?   NO  Dt Lst Maint    07/01/11   Avg Coll Bal            5085.33
Bal Hist?     YES  Sign  0 Loc Nbr             MTD Avg Bal             5085.33
Bal Hist Ret   15  TIN: Cd 1  Nbr  583532546   Last Dep Amt            2353.99
Con Kite Days   0  Number Amt Xfers        0   Reg-E Amount               0.00
MTD Kite Days   0  Number Ck Items         0   Total Holds                0.00
Stop Pay        0  OD Limit            0.00    Cyc Accrd              1.532564
                   Ext Inv             0.00    Proj Accrd                 1.53
   PF1-Fwd  PF4-Hist  PF5-Redisp  PF14-S/H Inq  PF12-Help  PF18-IBT Inq

KEY 001-026-0000-2601837854                                                     CURR
          CNTL2 001    CNTL3 026    CNTL4 0000   ACCOUNT 2601837854

| SERIAL | POST | BATCH | SEQ | TRAN | AMOUNT | TR | DESCRIPTION/SOURCE | RET |
|--------|------|-------|-----|------|--------|----|--------------------|-----|
| NUMBER | DATE | NBR | NBR | CODE | | | | DAYS |
| | 06/21 | 26 | 16390 | 0015 | 2353.99 | DP | DDA DEPOSIT | 23 |
| | 06/27 | | | GT18 | 1.12 | CR | INTEREST PAID | 23 |

**1First Bank**

R16352 T41  P1  ******AUTO**5-DIGIT 00985          021-CUENTA PERFECTA

lllnullnlllnluhlnlulnlnhlllllnlunlllunlnllnulll          IM-026

ALEX RIVERA Y/O IRELSY VELAZQUEZ
DEPTOR IN POSESSION-CP 11 CASE1102161ESL
EST DE SAN FERNANDO                                       3*  2601837843
H7 CALLE 1
CAROLINA PR  00985-5207

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 2,475.71 | 2 | 95.43 | 7 | 1703.11 | .00 | 868.03 |

| | |
| --- | --- |
| INTEREST EARNED THIS PERIOD | .43 |
| ANNUAL PERCENTAGE YIELD EARNED | 0.37% |
| DAYS IN PERIOD | 28 |
| YTD INTEREST PAID | 1.08 |
| YTD TAX WITHHELD | .00 |
| AVERAGE BALANCE | 1,535.38 |

CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
   DATE..........AMOUNT..........DESCRIPTION

06/21          95.00          DEPOSIT
06/27          0.43           INTEREST PAID

CHECKS
   DATE....CHECK NO......AMOUNT          DATE....CHECK NO......AMOUNT

06/03     93     147.00          06/16     95     250.00
06/03     94     125.00

OTHER DEBITS
   DATE..........AMOUNT..........DESCRIPTION

06/03          520.00          ACH DB -060311-011154007755667
                               CUD SALUD                          DIRDEB
06/13          139.86          ACH DB -061311-011164009801028
                               7765200DIRECTV01                   7877765200
06/15          1.25            DEBIT CARD FEE
06/24          520.00          ACH DB -062411-011174002280784
                               CUD SALUD                          DIRDEB

* * * * * * * * OVERDRAFT AND RETURNED ITEMS FEES SUMMARY * * * * * * * * * *
TOTAL OVERDRAFT FEES/ THIS PERIOD          0.00
TOTAL OVERDRAFT FEES/ YEAR TO DATE         0.00

TOTAL RETURNED ITEMS FEES/THIS PERIOD      0.00
TOTAL RETURNED ITEMS FEES/YEAR TO DATE     0.00

* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * *
   DATE.........BALANCE     DATE.........BALANCE     DATE.........BALANCE

FIRSTBANK
PO BOX 9146
SAN JUAN PR 00908-0146

Cons204  195



| | | | | | |
|---|---|---|---|---|---|
| 05/30 | 2,475.71 | 06/15 | 1,542.60 | 06/24 | 867.60 |
| 06/03 | 1,683.71 | 06/16 | 1,292.60 | 06/27 | 868.03 |
| 06/13 | 1,543.85 | 06/21 | 1,387.60 | | |

*
*
*



ACCOUNT 2601837843    PAGE 3

FirstBank certifies that these images are legitimate
and exact copies of your checks or other items
processed in this statement.

Check 93  Amount $ 147.00 Date 06/03/2011



Check 94  Amount $ 125.00 Date 06/03/2011

Check 95  Amount $ 250.00 Date 06/16/2011