# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE:  **ALEX RIVERA DEGLANS**    }    CASE NUMBER:  11-02161 (ESL)
        **& IRELSY VELAZQUEZ**    }
            }
            }
        *DEBTORS*    }    **CHAPTER 11**

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM**  1-Jul-11  **TO**  31-Jul-11

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  8/24/2011

/S ENRIQUE ALMEIDA & /S ZELMA DAVILA
Attorneys for Debtor

**ALMEIDA & DÁVILA, P.S.C.**
PO Box 191757
San Juan, Puerto Rico 00919-1757
Phone: (787) 722-2500
Fax: (787) 722-2227

**ENRIQUE M. ALMEIDA BERNAL**
USDC-PR 217701
email: ealmeida@almeidadavila.com

**ZELMA DAVILA CARRASQUILLO**
USDC-PR 218913
Email: zdavila@almeidadavila.com

**ALEX RIVERA DEGLANS**
**& IRELSY VELAZQUEZ**
**URB. ESTANCIAS DE SAN FERNANDO**
**H7 STREET 1**
**CAROLINA, PR 00985-0000**

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website,
http://www.usdoj.gov/ust/r21/reg_info.htm
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: Alex Roberto Rivera Deglans
Case Number: 11-02161 (ESL)

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month JULY | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 867.42 | 4,896.51 |
| CASH- Beginning of Month (Business) | 7,642.50 | 17,177.53 |
| | | |
| Total Household Receipts | 6,145.61 | 22,672.93 |
| Total Business Receipts | 11,616.78 | 63,938.62 |
| Total Receipts | 17,762.39 | 86,611.55 |
| | | |
| Total Household Disbursements | 4,071.16 | 20,314.91 |
| Total Business Disbursements | 11,592.58 | 55,687.70 |
| Total Disbursements | 15,663.74 | 76,002.61 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 2,098.65 | 10,608.94 |
| | | |
| CASH- End of Month (Individual) | 2,941.87 | 7,254.53 |
| CASH- End of Month (Business) | 7,666.70 | 25,428.45 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 15,663.74 | 76,002.61 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 6,145.61 | 22,672.46 |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 9,518.13 | 53,330.15 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 15 day of Agosto 20 11

Debtor's Signature

# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative |
|---|---|---|
|  | Jul-11 | Total |
| **CASH** - Beginning of Month | 868.03 | 4,897.73 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | 6,145.61 | 23,256.31 |
| Wages from Other Sources (attach list to this report) | 0.00 | 0.00 |
| Interest or Dividend Income | 0.00 | 0.00 |
| Alimony or Child Support | 0.00 | 0.00 |
| Social Security/Pension/Retirement | 0.00 | 0.00 |
| Sale of Household Assets (attach list to this report) | 0.00 | 0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0.00 | 0.00 |
| Other (specify) - Interest Income | 0.00 | 1.08 |
|  | 0.00 | 0.00 |
| **TOTAL RECEIPTS** | 6,145.61 | 23,257.39 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Dogs & Horse Foods | 55.32 | 731.07 |
| Charitable Contributions | 0.00 | 0.00 |
| Gifts | 0.00 | 0.00 |
| Household Expenses/Food/Clothing | 772.84 | 5,361.19 |
| Household Repairs & Maintenance | 30.00 | 565.22 |
| Insurance | 0.00 | 0.00 |
| Alarms Services | 48.14 | 240.70 |
| Lease/Rent Payments | 0.00 | 0.00 |
| Medical/Dental Payments | 0.00 | 2,080.00 |
| Mortgage Payment(s) | 0.00 | 0.00 |
| Other Secured Payments | 0.00 | 0.00 |
| Taxes - Personal Property | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Taxes Other (attach schedule) | 0.00 | 0.00 |
| Travel & Entertainment | 0.00 | 11.97 |
| Tuition/Education | 0.00 | 3,367.03 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 567.30 | 3,022.56 |
| Vehicle Expenses | 175.00 | 1,610.00 |
| Vehicle Secured Payment(s) | 1,500.00 | 1,755.00 |
| U. S. Trustee Quarterly Fees | 650.00 | 975.00 |
| Professional Fees (Legal, Accounting) | 0.00 | 0.00 |
| Other (attach schedule) | 236.35 | 286.35 |
| Stationary Expense | 19.96 | 63.92 |
| Medicine | 15.00 | 239.90 |
| Bank charges | 1.25 | 5.00 |
| Advertising | 0.00 | 0.00 |
| **Total Household Disbursements** | 4,071.16 | 20,314.91 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | 2,942.48 | 7,840.21 |

# SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>Jul-11 | Cumulative<br>Total |
|---|---|---|
| **CASH** - Beginning of Month | 7,642.87 | 17,179.01 |
|  |  |  |
| **BUSINESS CASH RECEIPTS** | 0.00 | 0.00 |
| Cash Sales | 7,040.00 | 36,625.00 |
| Account Receivable Collection | 0.00 | 0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0.00 | 0.00 |
| Rental Income | 1,950.00 | 16,500.00 |
| Other (specify) - Collection of Note Receivable | 2,354.01 | 9,416.00 |
| Other (specify) - IVU Collected | 270.72 | 1,393.18 |
| Other (specify) - Interest Income | 2.05 | 4.44 |
| **Total Business Receipts** | 11,616.78 | 63,938.62 |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) | 1,100.40 | 4,841.76 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 6,145.61 | 23,256.31 |
| Taxes - Payroll | 843.68 | 1,369.95 |
| Taxes - Sales | 289.36 | 1,408.36 |
| Taxes Other (attach schedule) | 340.49 | 340.49 |
| Contract Labor (Subcontractors) | 0.00 | 0.00 |
| Inventory Purchases | 1,869.99 | 17,339.48 |
| Secured/Lease Payments (Business) | 0.00 | 0.00 |
| Utilities (Business) | 330.80 | 2,216.57 |
| Insurance | 0.00 | 461.40 |
| Vehicle Expenses | 230.00 | 1,430.00 |
| Travel & Entertainment | 0.00 | 0.00 |
| Repairs and Maintenance | 0.00 | 1,115.58 |
| Supplies | 0.00 | 23.90 |
| Meals - Fringe Benefits | 442.25 | 2,452.75 |
| Purchase of Fixed Assets | 0.00 | 0.00 |
| Advertising | 0.00 | 0.00 |
| Bank Charges | 0.00 | 15.00 |
| Other (attach schedule) | 0.00 | 0.00 |
|  | 0.00 | 0.00 |
| **Total Business Disbursements** | 11,592.58 | 56,271.55 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | 7,667.07 | 24,846.08 |

## QUESTIONNAIRE

| | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

## INSURANCE INFORMATION

| | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

The auto insurance is not current, since the policy payments are included with the auto loan payments.

## CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance

## DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | I First Bank | I First Bank | I First Bank | |
| Account Number: | 2601837843 | 2609000625 | 2601837854 | |
| Purpose of Account (Business/Personal) | Personal | Business | Business | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| 1. Balance per Bank Statement | 2,942.48 | 4,076.77 | 4,437.38 | |
| 2. ADD: Deposits not credited (attach list to this report) | 0.00 | 0.00 | 0.00 | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 0.00 | 848.09 | 0.00 | |
| 4. Other Reconciling Items (attach list to this report) | 0.00 | 0.00 | 0.00 | |
| 5. Month End Balance (Must Agree with Books) | 2,942.48 | 3,228.68 | 4,437.38 | |
| TOTAL OF ALL ACCOUNTS | | | | 10,608.54 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

# CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | 1 FIRST BANK |
|---|---|
| Account Number | 2601837843 |
| Purpose of Account (Personal) | Household Disbursement Paid Cash |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| DEBIT MEMO | 7/12/2011 | DIRECT TV | CABLE TV | 96.00 |
| DEBIT MEMO | 7/15/2011 | FIRST BANK | SERVICES CHARGE | 1.25 |
| DEBIT MEMO | 7/20/2011 | DELL PUERTO RICO | REPARACION COMPUTADORA | 40.66 |
| DEBIT MEMO | 7/20/2011 | TESTBOOKRUS | COMPRA LIBROS | 34.13 |
| DEBIT MEMO | 7/21/2011 | COSTCO CHEKS & DECATUR | ORDEN IMPRESION DE CKS | 19.96 |
| DEBIT MEMO | 7/22/2011 | DELL PUERTO RICO | REPARACION COMPUTADORA | 161.56 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 353.56 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Purpose of Account (Personal) | Personal Expenses |
|---|---|
| Type of Account (e.g., Checking) | Household Disbursement Paid Cash |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| N/A | 7/24/2011 | WALGREENS | DEDUCIBLE MEDICAMENTOS | 15.00 |
| N/A | 7/21/2011 | SALLY BEAUTY SUPPLY | ASEO PERSONAL | 10.25 |
| 820 | 7/20/2011 | JCPENNY | COMPRA ROPA | 35.81 |
| 101 | 7/30/2011 | EL MESON | COMIDA | 7.68 |
| 185 | 7/28/2011 | EL MESON | COMIDA | 7.68 |
| 223 | 7/24/2011 | EL MESON | COMIDA | 2.66 |
| 30083 | 7/20/2011 | FUDDRUCKERS | COMIDA | 11.77 |
| 30081 | 7/20/2011 | FUDDRUCKERS | COMIDA | 8.56 |
| 229287 | 7/19/2011 | PANDA EXPRESS | COMIDA | 9.08 |
| 163 | 7/17/2011 | MAGGIE MOO'S | COMIDA | 16.69 |
| 118696 | 7/14/2011 | PANDA EXPRESS | COMIDA | 26.61 |
| 118351 | 7/12/2011 | PANDA EXPRESS | COMIDA | 18.54 |
| 21271 | 7/10/2011 | PONDEROSA | COMIDA | 73.10 |
| 1030191 | 7/6/2011 | SUBWAY | COMIDA | 5.66 |
| 10102 | 7/5/2011 | FUDDRUCKERS | COMIDA | 28.36 |
| 163374 | 7/3/2011 | KRISPY KREME | COMIDA | 18.69 |
| 117 | 7/1/2011 | EL MESON | COMIDA | 15.37 |
| 230294 | 7/27/2011 | ECONO | COMPRA COMIDA & OTROS PARA EL HOGAR | 15.14 |
| 3403 | 7/24/2011 | COSTCO | COMPRA COMIDA & OTROS PARA EL HOGAR | 427.68 |
| 3403 | 7/4/2011 | COSTCO | COMPRA COMIDA & OTROS PARA EL HOGAR | 33.51 |
| 151193 | 7/30/2011 | VETERINARY CARE CENTER | COMIDA ANIMALES | 19.26 |
| 217997 | 7/25/2011 | MEGA AGROCENTRO | COMIDA ANIMALES | 23.54 |
| 215657 | 7/18/2011 | MEGA AGROCENTRO | COMIDA ANIMALES | 12.52 |
| 2316 | 7/23/2011 | PEST AWAY | FUMIGACION | 30.00 |
| N/A | 7/14/2011 | A.A.A. | CONSUMO DE AGUA | 42.50 |
| N/A | 7/12/2011 | A.E.E. | CONSUMO DE ELECTRICIDAD | 428.80 |
| | | | GASTO DE AUTO GASOLINA | 175.00 |
| | 7/22/2011 | RELIABLE FINANCIAL | PAGO PRESTAMO AUTO | 1,500.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 3,019.46 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION

## Account Reconciliation
### As of Jul 31, 2011
### 10300 - First Bank-2601837843 Personal
### Bank Statement Date: July 31, 2011

Filter Criteria includes. Report is printed in Detail Format

| | |
|---|---|
| Beginning GL Balance | 868.03 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | 2,074.45 |
| Ending GL Balance | 2,942.48 |
| Ending Bank Balance | 2,942.48 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 2,942.48 |

Filter Criteria includes: 1) Uncleared Transactions, 2) Checks. Report order is by Number.

| Trans No | Date | Trans Desc | Trans Amt |
|----------|------|------------|-----------|
|          |      | Total      |           |

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | 1 FIRST BANK |
|---|---|
| Account Number | 2609000625 |
| Purpose of Account (Business) | OPERATING BUSINESS ACCOUNTS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| 131 | 07/07/11 | MUNICIPIO DE CAROLINA | PAGO IVU MUNICIPAL DE JUNIO | 41.36 |
| 132 | 07/09/11 | RAD TECH, INC. | COMPRA MATERIALES | 125.00 |
| 133 | 07/07/11 | BARRANQUITAS MUFFLERS | COMPRA MATERIALES | 300.00 |
| 134 | 07/27/11 | U.S. TRUEASURY | PAGO SEGURO SOCIAL 941PR 6/30/11 | 404.59 |
| 135 | 07/27/11 | CORP. FONDO SEGURO DEL ESTADO | POLIZA FONDO DEL SEGURO DEL ESTADO | 317.41 |
| 136 | 07/27/11 | SECRETARIO DE HACIENDAD | DESEMPLEO 6/30/11 | 103.43 |
| 137 | 07/27/11 | SECRETARIO DE HACIENDAD | INCAPACIDAD 06/30/11 | 18.25 |
| 138 | 07/27/11 | OLYMPIC AUTOMOTIVE | COMPRA MATERIALES | 217.68 |
| | | | | |
| DEBIT MEMO | | ALPHA ONE SECUTIRY | SERVICIOS DE ALARMA | 48.14 |
| DEBIT MEMO | | SECRETARIO DE HACIENDA IVU | IVU DE JUNIO | 248.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 1,823.86 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

CASH DISBURSEMENTS DETAILS - BUSINESS

| Purpose of Account (Business) | Business Disbursement |
|---|---|
| Type of Account (e.g., Checking) | Business Disbursement Paid Cash |

| Invoice Number | Date of Invoice | Vendors | Purpose or Description | Amount |
|---|---|---|---|---|
| N/A | 07/20/11 | AT & T | CELULARES | 207.00 |
| N/A | 07/14/11 | A.E.E. | CONSUMO DE ELECTRICIDAD | 3.00 |
| N/A | 07/14/11 | A.E.E | CONSUMO DE ELECTRICIDAD | 61.07 |
| N/A | 07/14/11 | P.R.T.C | TELEFONO | 57.73 |
| 1400335369 | 07/13/11 | MUNICIPIO DE CAROLINA | PATENTE MUNICIPAL | 340.49 |
| 372977 | 07/09/11 | CABRERA AUTO PARTS | COMPRAS | 31.57 |
| 374189 | 07/27/11 | CABRERA AUTO PARTS | COMPRAS | 44.94 |
| 374102 | 07/26/11 | CABRERA AUTO PARTS | COMPRAS | 3.75 |
| 373625 | 07/21/11 | CABRERA AUTO PARTS | COMPRAS | 62.06 |
| 373649 | 07/19/11 | CABRERA AUTO PARTS | COMPRAS | 4.28 |
| 373634 | 07/19/11 | CABRERA AUTO PARTS | COMPRAS | 24.61 |
| 373603 | 07/18/11 | CABRERA AUTO PARTS | COMPRAS | 1.68 |
| 373524 | 07/16/11 | CABRERA AUTO PARTS | COMPRAS | 4.28 |
| 373210 | 07/13/11 | CABRERA AUTO PARTS | COMPRAS | 11.24 |
| 373051 | 07/11/11 | CABRERA AUTO PARTS | COMPRAS | 3.75 |
| 372984 | 07/09/11 | CABRERA AUTO PARTS | COMPRAS | 10.70 |
| 372970 | 07/09/11 | CABRERA AUTO PARTS | COMPRAS | 32.10 |
| 372781 | 07/07/11 | CABRERA AUTO PARTS | COMPRAS | 3.75 |
| 372780 | 07/07/11 | CABRERA AUTO PARTS | COMPRAS | 3.48 |
| 834129B | 07/26/11 | OLYMPIC AUTOMOTIVE | COMPRAS | 106.41 |
| 834128B | 07/26/11 | OLYMPIC AUTOMOTIVE | COMPRAS | 61.93 |
| 32999 | 07/09/11 | RADTECH INC | COMPRAS | 120.00 |
| 33019 | 07/09/11 | RADTECH INC | COMPRAS | 28.36 |
| 9140092707 | 07/26/11 | PEP BOYS | COMPRAS | 21.39 |
| 9140092632 | 07/23/11 | PEP EXPRESS PARTS | COMPRAS | 91.98 |
| 5670 | 07/29/11 | ADVANCE AUTO PARTS | COMPRAS | 20.33 |
| 5055 | 07/28/11 | ADVANCE AUTO PARTS | COMPRAS | 20.15 |
| 7590 | 07/12/11 | ADVANCE AUTO PARTS | COMPRAS | 10.49 |
| 7589 | 07/12/11 | ADVANCE AUTO PARTS | COMPRAS | 20.29 |
| 7329 | 07/06/11 | ADVANCE AUTO PARTS | COMPRAS | 60.10 |
| 7140 | 07/01/11 | ADVANCE AUTO PARTS | COMPRAS | 20.21 |
| CS-550 | 07/29/11 | GAS WELDING STORE CORP | COMPRAS | 81.06 |
| 234305 | 07/11/11 | CAROLINA BUILDING MATERIALS | COMPRAS | 14.07 |
| 15652 | 07/20/11 | CENTURY METALS & SUPPLIES PR | COMPRAS | 95.23 |
| 326363 | 07/18/11 | CENTRO DE PINTURAS CAROLINA, INC | COMPRAS | 25.31 |
| 991556 | 07/06/11 | UNIPIEZAS CORREA | COMPRAS | 21.40 |
| 991489 | 07/05/11 | UNIPIEZAS CORREA | COMPRAS | 40.66 |
| 289525 | 07/28/11 | FERRETERIA EL METRO | COMPRAS | 11.49 |
| 31759 | 07/22/11 | NATIONAL LUMBER YARD | COMPRAS | 50.23 |
| 288372 | 07/20/11 | FERRETERIA EL METRO | COMPRAS | 6.42 |
| 288488 | 07/20/11 | FERRETERIA EL METRO | COMPRAS | 6.11 |
| 287192 | 07/14/11 | FERRETERIA EL METRO | COMPRAS | 4.70 |
| 287210 | 07/14/11 | FERRETERIA EL METRO | COMPRAS | 4.76 |
| 287012 | 07/12/11 | FERRETERIA EL METRO | COMPRAS | 16.04 |
| 286754 | 07/11/11 | FERRETERIA EL METRO | COMPRAS | 10.79 |
| 54 | 07/31/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 3.52 |
| N/A | 07/30/11 | CAFETERIA EL FOGON | DESAYUNO & ALMUERZO TALLER | 6.35 |
| 108 | 07/29/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 2.86 |
| 106 | 07/29/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 18.12 |
| 193 | 07/29/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 9.71 |
| 219 | 07/27/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 11.55 |
| 51 | 07/27/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 19.73 |
| 897437 | 07/26/11 | TIENDITA HOLSUM | DESAYUNO & ALMUERZO TALLER | 1.99 |
| 135 | 07/26/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 13.54 |
| 51 | 07/24/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 20.26 |
| N/A | 07/23/11 | CAFETERIA EL FOGON | DESAYUNO & ALMUERZO TALLER | 16.67 |
| 170 | 07/22/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 20.26 |
| 62 | 07/21/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 18.12 |
| 399 | 07/21/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 12.97 |
| 173 | 07/20/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 1.52 |
| 171 | 07/20/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 12.49 |
| 70 | 07/19/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 18.12 |
| 490 | 07/19/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 11.77 |
| 162 | 07/18/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 11.96 |
| 79 | 07/17/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 20.26 |
| 120 | 07/16/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 10.25 |
| 428 | 07/14/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 14.27 |
| 167 | 07/13/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 11.07 |
| | 07/12/11 | TIENDITA HOLSUM | DESAYUNO & ALMUERZO TALLER | 5.04 |
| 149 | 07/12/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 12.16 |
| 52 | 07/12/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 18.12 |
| 66 | 07/12/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 18.12 |
| 127260 | 07/09/11 | EL RINCONCITO CRIOLLO | DESAYUNO & ALMUERZO TALLER | 10.31 |
| 266 | 07/08/11 | K.F.C | DESAYUNO & ALMUERZO TALLER | 13.14 |
| 179 | 07/07/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 11.11 |
| 57 | 07/07/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 2.40 |
| 56 | 07/07/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 14.70 |
| 160 | 07/06/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 8.09 |
| 24 | 07/06/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 2.79 |
| 149 | 07/05/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 13.51 |
| 100 | 7/3/2011 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 12.56 |
| 70 | 7/2/2011 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 12.84 |
| N/A | | GASOLINA | GASTO DE AUTO | 230.00 |
| N/A | 7/31/2011 | MIGUEL CRUZ MEDINA | NET SALARY PAID CASH | 1,100.40 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 3,671.25 |

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION

## Account Reconciliation
### As of Jul 31, 2011
### 10400 - First Bank-2609000625 Operatin
### Bank Statement Date: July 31, 2011

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 2,557.54 |
| Add: Cash Receipts | | | | |
| Less: Cash Disbursements | | | | (1,527.72) |
| Add (Less) Other | | | | 2,198.86 |
| Ending GL Balance | | | | 3,228.68 |
| Ending Bank Balance | | | | 4,076.77 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | May 24, 2011 | 119 | (409.00) | |
| | Jul 27, 2011 | 135 | (317.41) | |
| | Jul 27, 2011 | 136 | (103.43) | |
| | Jul 27, 2011 | 137 | (18.25) | |
| Total outstanding checks | | | | (848.09) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 3,228.68 |

Filter Criteria includes 1) Uncleared Transactions, 2) Checks. Report order is by Number

| Trans No | Date | Trans Desc | Trans Amt |
|----------|---------|------------------------|-----------|
| 119 | 5/24/11 | POLKO TIRES | -409.00 |
| 135 | 7/27/11 | CORP. FONDO DEL SEGURC | -317.41 |
| 136 | 7/27/11 | SECRETARIO DE HACIENDA | -103.43 |
| 137 | 7/27/11 | SECRETARIO DE HACIENDA | -18.25 |
| | | Total | -848.09 |

## CASH DISBURSEMENTS DETAILS - BUSINESS

| | |
|---|---|
| Name of Bank | 1 FIRST BANK |
| Account Number | 2601837854 |
| Purpose of Account (Business) | OTHER BUSINESS ACCOUNTS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| 92 | 7/26/2011 | US TRUSTEE | US CORT FEES | 650.00 |
| DEBIT MEMO | 7/27/2011 | FIRST BANK | SERVICES CHARGE | 2.05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 652.05 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION

## Account Reconciliation
### As of Jul 31, 2011
### 10200 - First Bank-2601837854 Rent
### Bank Statement Date: July 31, 2011

Filter Criteria includes. Report is printed in Detail Format

| | |
|---|---:|
| Beginning GL Balance | 5,085.33 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | (650.00) |
| Add (Less) Other | 2.05 |
| Ending GL Balance | 4,437.38 |
| Ending Bank Balance | 4,437.38 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 4,437.38 |

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION

## Outstanding Checks
### As of Jul 31, 2011
### 10200 - First Bank-2601837854 Rent

Filter Criteria includes: 1) Uncleared Transactions, 2) Checks. Report order is by Number.

| Trans No | Date | Trans Desc | Trans Amt |
|----------|------|------------|-----------|
|  |  | Total |  |

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month Jul-11 |
|---|---|---|
| Accounts Receivable Beginning Balance | | 28,850.00 |
| Plus: Billings During the Month | | 4,200.00 |
| Less: Collections During the Month | | -1,950.00 |
| Adjustments or WriteOffs* | | 0.00 |
| Accounts Receivable Ending Balance** | | 31,100.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month Jun-11 |
|---|---|---|
| 0 - 30 Days | | 2,250.00 |
| 31 - 60 Days | | 4,200.00 |
| 61 - 90 Days | | 4,100.00 |
| Over 90 Days | | 20,550.00 |
| | | |
| Total Accounts Receivable** | | 31,100.00 |

* Attach explanation of any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued | |
|---|---|---|---|
| Federal Taxes | | | |
| Withholding** | 0.00 | 0.00 | |
| FICA - Employee - Paid Quarterly | 66.10 | 66.10 | Due on 10/31/10 (paid with return) |
| FICA - Employer - Paid Quarterly | 89.51 | 89.51 | Due on 10/31/10 (paid with return) |
| Unemployment | 0.00 | 0.00 | |
| Income | 0.00 | 0.00 | |
| Other (Attach List) Disability | 0.00 | 0.00 | |
| Total Federal Taxes | 155.61 | 155.61 | |
| | | | |
| State & Local Taxes | | | |
| Withholding | 0.00 | 0.00 | |
| Sales Tax (IVU) - Paid Next Month | 270.72 | 270.72 | Paid 8/10/11 |
| Unemployment | 0.00 | 0.00 | |
| Real Property | 0.00 | 0.00 | |
| Personal Property | 0.00 | 0.00 | |
| Other (Attach List) Sinot(disability) | 0.00 | 0.00 | |
| Total State & Local Taxes | 270.72 | 270.72 | |
| Total Post-Petition Taxes | 426.33 | 426.33 | |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

N/A

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

```
IMI3 08/05/11              DDA STATEMENT INQUIRY              11.35.55 PAGE   1
ALEX RIVERA Y/O IRELSY VELAZQUEZ          ACCOUNT  001-026-0000-2601837843
 PTOR IN POSESSION-CP 11 CASE1102161ESL DATE THIS STATEMENT     08/05/11
 ᴸᴗT DE SAN FERNANDO                      DATE LAST STATEMENT    07/27/11
                          *****DDA TRANSACTIONS*****
   BALANCE          CHECKS/OTHER DEBITS  DEPOSITS/OTHER CREDITS      BALANCE
LAST STATEMENT    NBR    TOTAL AMOUNT   NBR    TOTAL AMOUNT    THIS STATEMENT
         514.47    2           13.96     1          2428.01          2928.52

DATE   CK NBR           AMOUNT TY TRANSACTION DESCRIPTION            BALANCE
07/29                  2428.01    DDA DEPOSIT                        2942.48
08/01                     9.96    ATM  AMAZON MKTPLACE PM
08/01                     4.00    ATM  AMAZON MKTPLACE PM            2928.52
```

ALEX RIVERA Y/O IRELSY VELAZQUEZ          ACCOUNT  001-026-0000-2601837843
  ᴾTOR IN POSESSION-CP 11 CASE1102161ESL DATE LAST STATEMENT      07/12/11
  ᵇᵤT DE SAN FERNANDO                      DATE THIS STATEMENT      08/05/11
                          *****DDA TRANSACTIONS*****

| BEGINNING | CHECKS/OTHER DEBITS | | DEPOSITS/OTHER CREDITS | | ENDING |
| BALANCE | NBR | TOTAL AMOUNT | NBR | TOTAL AMOUNT | BALANCE |
| 868.03 | 6 | 353.56 | 0 | 0.00 | 514.47 |

| DATE | CK NBR | AMOUNT | TP | TRANSACTION DESCRIPTION | BALANCE |
|------|--------|--------|----|-----------------------|---------|
| 07/12 | | 96.00 | DB | 7765200DIRECTV01 ACH DB | 772.03 |
| 07/15 | | 1.25 | | DEBIT CARD FEE | 770.78 |
| 07/20 | | 40.66 | DB ATM | DMI* DELL PUERTO R | 730.12 |
| 07/20 | | 34.13 | DB ATM | TEXTBOOKSRUS | 695.99 |
| 07/21 | | 19.96 | DB ATM | COSTCO CHECKS & FO | 676.03 |
| 07/22 | | 161.56 | DB ATM | DMI* DELL PUERTO R | 514.47 |

STATEMENT OF ACCOUNT



STATEMENT DATE
07/27/11

R7857 T23  P1  ******AUTO**5-DIGIT 00985        021-CUENTA PERFECTA
IllmIlmIlmIlmIlmIlmIllmIlmIllmIlmIlmll      IM-026

ALEX RIVERA Y/O IRELSY VELAZQUEZ
DEPTOR IN POSESSION-CP 11 CASE1102161ESL
EST DE SAN FERNANDO
H7 CALLE 1                                   0*  2601837843
CAROLINA PR  00985-5207

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 868.03 | 0 | .00 | 6 | 353.56 | .00 | 514.47 |

INTEREST EARNED THIS PERIOD             .00
ANNUAL PERCENTAGE YIELD EARNED          0.00%
DAYS IN PERIOD                          30
YTD INTEREST PAID                       1.08
YTD TAX WITHHELD                        .00
AVERAGE BALANCE                         759.37

CHECKING ACCOUNT TRANSACTIONS
OTHER DEBITS
DATE..........AMOUNT..........DESCRIPTION

07/12        96.00        ACH DB -071211-011193006531633
                          7765200DIRECTV01                    7877765200
07/15         1.25        DEBIT CARD FEE
07/20        40.66        072011*051146-ATM WITHDRAWAL
                          DMI* DELL PUERTO 512-338-4400 TX
07/20        34.13        071811*074584-ATM WITHDRAWAL
                          TEXTBOOKSRUS    614-4868072    OH
07/21        19.96        072011*057081-ATM WITHDRAWAL
                          COSTCO CHECKS &  DECATUR      GA
07/22       161.56        072211*038014-ATM WITHDRAWAL
                          DMI* DELL PUERTO 512-338-4400 TX

* * * * * * * * OVERDRAFT AND RETURNED ITEMS FEES SUMMARY * * * * * * * *
TOTAL OVERDRAFT FEES/ THIS PERIOD            0.00
TOTAL OVERDRAFT FEES/ YEAR TO DATE           0.00

TOTAL RETURNED ITEMS FEES/THIS PERIOD        0.00
TOTAL RETURNED ITEMS FEES/YEAR TO DATE       0.00

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * *
DATE........BALANCE    DATE........BALANCE    DATE........BALANCE
06/27       868.03     07/15       770.78     07/21       676.03
07/12       772.03     07/20       695.99     07/22       514.47

EFFECTIVE ON JULY 21, 2011, THE AMOUNT OF FUNDS MADE
AVAILABLE THE NEXT BUSINESS DAY AFTER THE DEPOSIT WILL
INCREASE FROM  100  TO  200, WITH LIMITED EXCEPTIONS.

FIRSTBANK
PO BOX 9146
SAN JUAN PR 00908-0146

Cons099  127

ALEX RIVERA Y/O IRELSY VELAZQUEZ                ACCOUNT   001-026-0000-2609000625
 A ALEX PROFESSIONAL MUFFLERS                   DATE LAST STATEMENT        07/06/11
 EPTOR IN POSESSION-CP 11 CASE1102161ESL DATE THIS STATEMENT        08/05/11
                         *****DDA TRANSACTIONS*****

| BEGINNING BALANCE | CHECKS/OTHER DEBITS | | DEPOSITS/OTHER CREDITS | | ENDING BALANCE |
|---|---|---|---|---|---|
| | NBR | TOTAL AMOUNT | NBR | TOTAL AMOUNT | |
| 2966.54 | 7 | 1384.77 | 3 | 2495.00 | 4076.77 |

| DATE | CK NBR | AMOUNT | TP | TRANSACTION DESCRIPTION | BALANCE |
|---|---|---|---|---|---|
| 07/06 | | 1095.00 | | DDA DEPOSIT | 4061.54 |
| 07/06 | | 700.00 | | DDA DEPOSIT | 4761.54 |
| 07/06 | | 248.00 | DB | DEPT DE HACIENDA ACH DB | 4513.54 |
| 07/12 | 132 | 125.00 | CK | DDA CHECK | 4388.54 |
| 07/14 | | 700.00 | | DDA DEPOSIT | 5088.54 |
| 07/15 | 131 | 41.36 | CK | DDA CHECK | 5047.18 |
| 07/18 | 133 | 300.00 | CK | DDA CHECK | 4747.18 |
| 07/20 | | 48.14 | DB | ALPHA ONE SECURI ACH DB | 4699.04 |
| 07/20 | 138 | 217.68 | CK | DDA CHECK | 4481.36 |
| 07/27 | 134 | 404.59 | CK | DDA CHECK | 4076.77 |

```
IMII 08/05/11              DDA STATEMENT HISTORY            11.36.14  PAGE  1
ALEX RIVERA Y/O IRELSY VELAZQUEZ        ACCOUNT  001-026-0000-2601837854
  ᴾTOR IN POSESSION-CP 11 CASE1102161ESL DATE LAST STATEMENT    07/26/11
ᴇᴏT DE SAN FERNANDO                      DATE THIS STATEMENT    08/05/11
                         *****DDA TRANSACTIONS*****
    BEGINNING        CHECKS/OTHER DEBITS  DEPOSITS/OTHER CREDITS      ENDING
    BALANCE      NBR    TOTAL AMOUNT    NBR    TOTAL AMOUNT         BALANCE
        5085.33    1        650.00      1           2.05           4437.38

DATE   CK NBR              AMOUNT TP TRANSACTION DESCRIPTION        BALANCE
07/26      92         650.00 CK DDA CHECK                          4435.33
07/27                   2.05 CR INTEREST PAID                      4437.38
```