**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>**ALEX RIVERA DEGLANS, and**<br>**IRELSY VELAZQUEZ REYES**<br>*Debtor(s)* | Case No. **11-02161 ESL11**<br><br>Chapter **11** |

**MOTION TO INFORM AMENDMENT TO SCHEDULE F
AND NOTICE TO CREDITORS SCHEDULED
AS DISPUTED, CONTINGENT, OR UNLIQUIDATED, AND CERTIFICATE OF SERVICE
PURSUANT TO RULE 1007-1 (d)**

TO THE HONORABLE COURT:

COMES(S) Now Debtor(s) represented by the undersigned counsel, and respectfully state(s) and pray(s) as follows:

1. On today's date Debtor(s) are filling an Amended Schedule F, **with the purpose of disputing the following creditor(s) with the following address(es).**

2. Such Amended Schedule was accompanied by a Declaration Under Penalty of Perjury signed by Debtors verifying the information contained in the amended schedule. Also, the Amended Schedule was notified through CM/ECF to all CM/ECF participants, including the US Trustee.

WHEREFORE, Debtors hereby pray from this Honorable Court to take notice of the above.

**NOTICE TO DISPUTED CREDITORS**

**PLEASE TAKE NOTICE** that pursuant to P.R. LBR 1007-1(d), notice is hereby given to creditors listed below that their claims have been scheduled by Debtors as disputed, contingent, or unliquidated. Accordingly, those creditors are advised of their right to file proofs of claim and that failure to do so may prevent them from voting under the Plan or participating in any distribution thereunder. A Proof of Claim form is included in this notice for your convenience. *Exhibit 1.*

    a. **A-1 COLLECTIONS SVC** 101 Grovers Mill Rd Ste 303 Lawrenceville NJ 08648
    b. **AURORA LOAN SERVICES** PO BOX 1706 Scottsbluff NE 69363-1706
    c. **EARL WOOD** ORANGE COUNTY TAX COLLECTOR
       PO BOX 2551 Orlando FL 32802
    d. **GMAC MORTGAGE** Po Box 4622 Waterloo IA 50704
    e. **KISSIMEE UTILITY AUTHORITY** PO BOX 850001 Orlando FL 32885-0087
    f. **NATIONAL EXEMPTION SERVICE, INC.** PO BOX 9020 Clearwater FL 33758-9029
    g. **OATES ENERGY, INC.** PO BOX 51268 Jacksonville Beach FL 32240-0670
    h. **ONLINE COLLECTIONS** PO Box 1489 Winterville NC 28590
    i. **SERENATA COND. ASSOCIATION, INC.** 6101 METROWEST BLVD Orlando FL 32835
    j. **SEVEN DWARFS CONDOMINIUM** 2609 N GALA RD Kissimmee FL 34746

  k. **TARRAGON KISSIMME, LLC** 7001 LASKE ELLEONOR DRIVE, SUITE 200 Orlando FL 32809

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the US Trustee and to all CM/ECF participants. I further certify that I will send notification of this document via regular US Mail to the mailing addresses of the creditors listed above.

  In San Juan, Puerto Rico this September 9, 2011.

**ALMEIDA & DÁVILA, P.S.C.**
PO Box 191757
San Juan, Puerto Rico 00919-1757
Phone: (787) 722-2500
Fax: (787) 722-2227

/S/ **ENRIQUE M. ALMEIDA BERNAL**
USDC-PR 217701
Email: ealmeida@almeidadavila.com
/S/ **ZELMA DÁVILA CARRASQUILLO**
USDC-PR 218913
Email: zdavila@almeidadavila.com

In re **ALEX ROBERTO RIVERA DEGLANS,**
**IRELSY JOANNA VELAZQUEZ REYES** ,
Debtors

Case No. **11-02161 ESL11**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3021** <br><br> **A-1 Collections Svc-V** <br> **101 Grovers Mill Rd Ste 303** <br> **Lawrenceville, NJ 08648** | | H | **Opened 8/20/09** <br> **Collection The Hampton At Metrowest** | | | X | 164.00 |
| Account No. **xxxxxxxxxxxx8601** <br><br> **ADVANCE AUTO PARTS-V** <br> **PO BOX 731** <br> **Mahwah, NJ 07430** | | H | **Opened 11/25/05 Last Active 2/01/09** <br> **ChargeAccount** | | | | 0.00 |
| Account No. **xxxx3530** <br><br> **AT&T MOBILITY-V** <br> **PO BOX 536216** <br> **Atlanta, GA 30353** | | H | **Opened 6/01/06 Last Active 10/01/09** <br> **CELLULAR SERVICE** | | | | 0.00 |
| Account No. **4673** <br><br> **AT&T MOBILITY-V** <br> **PO BOX 536216** <br> **Atlanta, GA 30353** | | J | **CELLULAR SERVICE** | | | | 129.00 |

__5__ continuation sheets attached

Subtotal (Total of this page)  293.00

In re **ALEX ROBERTO RIVERA DEGLANS,** Case No. **11-02161 ESL11**
**IRELSY JOANNA VELAZQUEZ REYES**,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx5172** <br><br> **AURORA LOAN SERVICES-V** <br> **PO BOX 1706** <br> **Scottsbluff, NE 69363-1706** | | J | **PROPERTY LOCATED COND. SERENATA METROWEST 6133 BLVD 104 IN ORLANDO, FLORIDA** <br> **FORECLOSED BY CREDITOR** | | | X | 0.00 |
| Account No. **xxxxxxxx5859** <br><br> **AURORA LOAN SERVICES-V** <br> **PO BOX 1706** <br> **Scottsbluff, NE 69363-1706** | | J | **SECOND MORTGAGE OVER PROPERTY LOCATED COND. SERENATA METROWEST 6133 BLVD 104 IN ORLANDO, FLORIDA FORECLOSED BY CREDITOR** | | | X | 75,000.00 |
| Account No. **xxxxxxxxxxx4736** <br><br> **BANCO POPULAR-V** <br> **BANKRUPTCY DEPT.** <br> **PO BOX 366818** <br> **San Juan, PR 00936-6818** | | H | Opened 11/01/99 Last Active 1/01/11 CreditCard | | | | 20,524.00 |
| Account No. **xxx-xx-2545** <br><br> **CRIM-V** <br> **PO BOX 195387** <br> **San Juan, PR 00919-5387** | | J | **COMMERCIAL PROPERTY LOCATED BUENAVENTURA 42-B DALIA STREET IN CAROLINA, PR CONSISTING OF A GROSS LIVING AREA OF 450 SQUARE FEET AND LOT OF 650 SQUARE METERS. PURCHASED BY DEBTORS FOR $110,000.00. ADDITIONAL CONSTRUCTION COSTS O** | | | | 211.59 |
| Account No. <br><br> **DANIEL RODRIGUEZ-V** <br> **SABANA GARDENS** <br> **CALLE 28 BLQ 13 #18** <br> **Carolina, PR 00983** | | J | **POTENTIAL LIABILITY - SALE OF REAL PROPERTY IN THE YEAR 2009** | | | X | 0.00 |

Sheet no. **1** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **95,735.59**

In re   **ALEX ROBERTO RIVERA DEGLANS,**   Case No. __11-02161 ESL11__
        **IRELSY JOANNA VELAZQUEZ REYES**
_____,
                                    Debtors
# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9469** <br><br> **EARL WOOD-V** <br> **ORANGE COUNTY TAX COLLECTOR** <br> **PO BOX 2551** <br> **Orlando, FL 32802** | | J | **PROPERTY TAXES** | | | X | 2,631.55 |
| Account No. **6637** <br><br> **EARL WOOD-V** <br> **ORANGE COUNTY TAX COLLECTOR** <br> **PO BOX 2551** <br> **Orlando, FL 32802** | | J | **PROPERTY TAXES** | | | X | 3,437.53 |
| Account No. **8291** <br><br> **EARL WOOD-V** <br> **ORANGE COUNTY TAX COLLECTOR** <br> **PO BOX 2551** <br> **Orlando, FL 32802** | | J | **PROPERTY TAXES** | | | X | 3,507.49 |
| Account No. <br><br> **FRANCISCO RIVERA DEGLAUS-V** <br> **PO BOX 7089** <br> **PUEBLO STATION** <br> **Carolina, PR 00986** | | J | **PERSONAL LOAN** | | | | 149,722.00 |
| Account No. **xxxxx3457** <br><br> **Gmac Mortgage-V** <br> **Po Box 4622** <br> **Waterloo, IA 50704** | | J | **HOME EQUITY LINE OF CREDIT-PROPERTY LOCATED COND. SERENATA METROWEST 6133 BLVD 104 IN ORLANDO, FLORIDA** | | | X | 75,000.00 |

Sheet no. __2__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **234,298.57**

In re **ALEX ROBERTO RIVERA DEGLANS,**
**IRELSY JOANNA VELAZQUEZ REYES**,
Debtors

Case No. **11-02161 ESL11**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**JESUS FALERO RIVERA Y CARMEN MENDEZ AVILES**<br>**PMB 565 PO BOX 30000**<br>**Canovanas, PR 00729** | | J | **POTENTIAL LIABLILITY IN CASE #FBCI 2008-00202** | X | X | X | **1,700,000.00** |
| Account No. **xxxxxxx-xx3110**<br>**KISSIMEE UTILITY AUTHORITY-V**<br>**PO BOX 850001**<br>**Orlando, FL 32885-0087** | | J | **UTILITIES** | | | X | **174.88** |
| Account No. **xxxx-xxxxxx-x1157**<br>**NATIONAL EXEMPTION SERVICE, INC.-V**<br>**PO BOX 9020**<br>**Clearwater, FL 33758-9029** | | J | **UTILITIES** | | | X | **112.24** |
| Account No. **9133**<br>**OATES ENERGY, INC.-V**<br>**PO BOX 51268**<br>**Jacksonville Beach, FL 32240-0670** | | J | **UTILITIES** | | | X | **105.12** |
| Account No. **xxxxxxxxxxxx6359**<br>**Online Collections-V**<br>**PO Box 1489**<br>**Winterville, NC 28590** | | H | **Opened 6/22/09 Last Active 7/01/09**<br>**Collection Orlando Utilities** | | | X | **181.00** |

Sheet no. **3** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,700,573.24**

In re **ALEX ROBERTO RIVERA DEGLANS,**     Case No. **11-02161 ESL11**
      **IRELSY JOANNA VELAZQUEZ REYES**
                                         Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Patrick, Inc.-V** <br> **PO Box 2351** <br> **Rio Grande, PR 00745** | | J | **Instalation for service provided** | | | | 1,435.00 |
| Account No. <br><br> **RADTEC, INC.-V** <br> **HC 02 BOX 9529** <br> **Guaynabo, PR 00971-9758** | | J | **SERVICES** | | | | 800.37 |
| Account No. **xxxxxxxx0193** <br><br> **Sears/Cbsd-V** <br> **PO Box 6275** <br> **Sioux Falls, SD 57117-6275** | | J | **Opened 6/01/97 Last Active 1/01/11 ChargeAccount** | | | | 0.00 |
| Account No. **xxxxxxxx0613** <br><br> **Sears/Cbsd-V** <br> **PO Box 6275** <br> **Sioux Falls, SD 57117-6275** | | W | **Opened 3/03/06 Last Active 4/22/10 ChargeAccount** | | | | 0.00 |
| Account No. **x5104** <br><br> **SERENATA COND. ASSOCIATION, INC.-V** <br> **6101 METROWEST BLVD** <br> **Orlando, FL 32835** | | J | **MAINTENANCE FOR PROPERTY LOCATED COND. SERENATA METROWEST 6133 BLVD 104 IN ORLANDO, FLORIDA FORECLOSED BY MORTGAGE CREDITOR** | | | X | 17,014.84 |

Sheet no. **4** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **19,250.21**

B6F (Official Form 6F) (12/07) - Cont.

In re **ALEX ROBERTO RIVERA DEGLANS,** Case No. **11-02161 ESL11**
**IRELSY JOANNA VELAZQUEZ REYES**,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx0401<br><br>**SEVEN DWARFS CONDOMINIUM-V**<br>**2609 N GALA RD**<br>**Kissimmee, FL 34746** | | J | **MAINTENANCE FOR PROPERTY LOCATED COND. SEVEN DWARF 2609 N. GALA ROAD #19-104 IN KISSIMMEE, FLORIDA FORECLOSED BY MORTGAGE CREDITOR** | | | X | 7,580.00 |
| Account No. xxxx x9-014<br><br>**TARRAGON KISSIMMEE, LLC**<br>**7001 LAKE ELLEONOR DRIVE, SUITE 200**<br>**Orlando, FL 32809** | | J | **MAINTENANCE** | | | X | 63.00 |
| Account No.<br><br>**WELDING & INDUSTRIAL SUPPLY, CORP.**<br>**PO BOX 1038**<br>**Sabana Seca, PR 00952** | | J | **SUPPLIER** | | | | 475.63 |
| Account No. xxxxxx9354<br><br>**WELLS FARGO HOME MORTGAGE-V**<br>**PO BOX 14547**<br>**Des Moines, IA 50306-3547** | | J | **MORTGAGE FOR PROPERTY FORECLOSED BY CREDITOR** | | | X | 0.00 |
| Account No. | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,118.63**

Total (Report on Summary of Schedules) **2,058,269.24**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Puerto Rico

In re    **ALEX ROBERTO RIVERA DEGLANS and IRELSY JOANNA VELAZQUEZ REYES**    Case No. **11-02161 ESL11**

Debtor(s)    Chapter **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE F AND STATEMENT OF PURPOSE

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing schedule(s), consisting of **6** sheet(s), and that they are true and correct to the best of my knowledge, information, and belief.

*Declaro bajo pena de perjurio que he leído el reporte ("Schedule") que antecede, consistente en **6** hoja(s), y que el mismo es cierto y correcto, a mi mejor conocimiento, información y creencia.*

I likewise declare that the amendment submitted herein is made with the purpose of to dispute claims.

*Declaro de la misma forma que la enmienda que se somete se hace con el propósito de reclamar disputa.*

Date   September 9, 2011     Signature   **/s/ ALEX ROBERTO RIVERA DEGLANS**
                                                             **ALEX ROBERTO RIVERA DEGLANS**
                                                             Debtor

Date   September 9, 2011     Signature   **/s/ IRELSY JOANNA VELAZQUEZ REYES**
                                                             **IRELSY JOANNA VELAZQUEZ REYES**
                                                             Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.