# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE: **ALEX RIVERA DEGLANS**  }  CASE NUMBER: 11-02161 (ESL)
       **& IRELSY VELAZQUEZ**  }
       }
       }
       *DEBTORS*  }  CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM     1-Aug-11     TO     31-Aug-11

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    9/22/2011

/S ENRIQUE ALMEIDA & /S ZELMA DAVILA
Attorneys for Debtor

**ALMEIDA & DÁVILA, P.S.C.**
PO Box 191757
San Juan, Puerto Rico 00919-1757
Phone: (787) 722-2500
Fax: (787) 722-2227

**ALEX RIVERA DEGLANS**
**& IRELSY VELAZQUEZ**
**URB. ESTANCIAS DE SAN FERNANDO**
**H7 STREET 1**
**CAROLINA, PR 00985-0000**

**ENRIQUE M. ALMEIDA BERNAL**
USDC-PR 217701
email: ealmeida@almeidadavila.com

**ZELMA DAVILA CARRASQUILLO**
USDC-PR 218913
Email: zdavila@almeidadavila.com

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)     Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)     Initial Filing Requirements
3)     Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: Alex Roberto Rivera Deglans

Case Number: 11-02161 (ESL)

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report

| | Month AUGUST | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 2,941.87 | 7,838.38 |
| CASH- Beginning of Month (Business) | 7,666.70 | 24,844.23 |
| Total Household Receipts | 11,053.34 | 33,726.27 |
| Total Business Receipts | 11,709.68 | 75,648.30 |
| **Total Receipts** | 22,763.02 | 109,374.57 |
| Total Household Disbursements | 4,854.40 | 25,169.31 |
| Total Business Disbursements | 18,806.12 | 74,493.82 |
| **Total Disbursements** | 23,660.52 | 99,663.13 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | -897.50 | 9,711.44 |
| CASH- End of Month (Individual) | 9,140.81 | 16,395.34 |
| CASH- End of Month (Business) | 570.26 | 25,998.71 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 23,660.52 | 99,663.13 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 11,053.34 | 33,725.80 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 12,607.18 | 65,937.33 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This  17  day of  Sep  20 11

Debtor's Signature

# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month Aug-11 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 2,942.48 | 7,840.21 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 11,053.34 | 34,309.65 |
| Wages from Other Sources (attach list to this report) | 0.00 | 0.00 |
| Interest or Dividend Income | 0.00 | 0.00 |
| Alimony or Child Support | 0.00 | 0.00 |
| Social Security/Pension/Retirement | 0.00 | 0.00 |
| Sale of Household Assets (attach list to this report) | 0.00 | 0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0.00 | 0.00 |
| Other (specify) - Interest Income | 0.00 | 1.08 |
| | 0.00 | 0.00 |
| **TOTAL RECEIPTS** | 11,053.34 | 34,310.73 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Dogs & Horse Foods & Care | 207.53 | 938.60 |
| Charitable Contributions | 0.00 | 0.00 |
| Gifts | 0.00 | 0.00 |
| Household Expenses/Food/Clothing | 1,422.88 | 6,784.07 |
| Household Repairs & Maintenance | 0.00 | 565.22 |
| Insurance | 0.00 | 0.00 |
| Alarms Services | 48.14 | 288.84 |
| Lease/Rent Payments | 0.00 | 0.00 |
| Medical/Dental Payments | 0.00 | 2,080.00 |
| Mortgage Payment(s) | 0.00 | 0.00 |
| Other Secured Payments | 0.00 | 0.00 |
| Taxes - Personal Property | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Taxes Other (attach schedule) | 0.00 | 0.00 |
| Travel & Entertainment | 0.00 | 11.97 |
| Tuition/Education | 1,562.79 | 4,929.82 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 545.50 | 3,568.06 |
| Vehicle Expenses | 420.00 | 2,030.00 |
| Vehicle Secured Payment(s) | 587.60 | 2,342.60 |
| U. S. Trustee Quarterly Fees | 0.00 | 975.00 |
| Professional Fees (Legal, Accounting) | 0.00 | 0.00 |
| Other (attach schedule) | 0.00 | 286.35 |
| Stationary Expense | 0.00 | 63.92 |
| Medicine | 58.71 | 298.61 |
| Bank charges | 1.25 | 6.25 |
| Advertising | 0.00 | 0.00 |
| **Total Household Disbursements** | 4,854.40 | 25,169.31 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | 9,141.42 | 16,981.63 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month Aug-11 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 7,667.07 | 24,846.08 |
|  |  |  |
| **BUSINESS CASH RECEIPTS** | 0.00 | 0.00 |
| Cash Sales | 7,660.00 | 44,285.00 |
| Account Receivable Collection | 0.00 | 0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0.00 | 0.00 |
| Rental Income | 1,400.00 | 17,900.00 |
| Other (specify) - Collection of Note Receivable | 2,353.01 | 11,769.01 |
| Other (specify) - IVU Collected | 294.13 | 1,687.31 |
| Other (specify) - Interest Income | 2.54 | 6.98 |
| **Total Business Receipts** | 11,709.68 | 75,648.30 |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) | 880.32 | 5,722.08 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 11,053.34 | 34,309.65 |
| Taxes - Payroll | 0.00 | 1,369.95 |
| Taxes - Sales | 270.72 | 1,679.08 |
| Taxes Other (attach schedule) | 0.00 | 340.49 |
| Contract Labor (Subcontractors) | 0.00 | 0.00 |
| Inventory Purchases | 4,941.73 | 22,281.21 |
| Secured/Lease Payments (Business) | 0.00 | 0.00 |
| Utilities (Business) | 507.33 | 2,723.90 |
| Insurance | 433.75 | 895.15 |
| Vehicle Expenses | 180.00 | 1,610.00 |
| Travel & Entertainment | 0.00 | 0.00 |
| Repairs and Maintenance | 109.46 | 1,225.04 |
| Supplies | 0.00 | 23.90 |
| Meals - Fringe Benefits | 428.22 | 2,880.97 |
| Purchase of Fixed Assets | 0.00 | 0.00 |
| Advertising | 0.00 | 0.00 |
| Bank Charges | 1.25 | 16.25 |
| Other (attach schedule) | 0.00 | 0.00 |
|  | 0.00 | 0.00 |
| **Total Business Disbursements** | 18,806.12 | 75,077.67 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | 570.63 | 25,416.71 |

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3 | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5 | Have any post-petition loans been received by the debtor from any party? | | X |
| 6 | Are any post-petition payroll taxes past due? | | X |
| 7 | Are any post-petition state or federal income taxes past due? | | X |
| 8 | Are any post-petition state or local sales taxes past due? | | X |
| 9 | Are any post-petition real estate taxes past due? | | X |
| 10 | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11 | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1 | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2 | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

The auto insurance is not current, since the policy payments are included with the auto loan payments.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY      and      CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

_____ Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement _____

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | 1 First Bank | 1 First Bank | 1 First Bank | |
| Account Number: | 2601837843 | 2609000625 | 2601837854 | |
| Purpose of Account (Business/Personal) | Personal | Business | Business | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| | | | | |
| 1.  Balance per Bank Statement | 2,350.78 | 1,772.23 | 6,791.95 | |
| 2.  ADD: Deposits not credited (attach list to this report) | 0.00 | 0.00 | 0.00 | |
| 3.  SUBTRACT: Outstanding Checks (attach list) | 0.00 | 1,201.60 | 0.00 | |
| 4.  Other Reconciling Items (attach list to this report) | 0.00 | 0.00 | 0.00 | |
| 5.  Month End Balance (Must Agree with Books) | 2,350.78 | 570.63 | 6,791.95 | |
| TOTAL OF ALL ACCOUNTS | | | | 9,713.36 |
| | | | | |

Note:  Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach a copy of each investment account statement.

# CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | 1 FIRST BANK |
|---|---|
| Account Number | 2601837843 |
| Purpose of Account (Personal) | Household Disbursement Paid Cash |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| DEBIT MEMO | 8/1/2011 | AMAZON | COMPRA LIBROS | 9.96 |
| DEBIT MEMO | 8/1/2011 | AMAZON | COMPRA LIBROS | 4.00 |
| DEBIT MEMO | 8/11/2011 | DIRECT TV | CABLE TV | 99.87 |
| DEBIT MEMO | 8/29/2011 | CRACK THE EXAM | EXAMEN DEPENDIENTES | 390.00 |
| DEBIT MEMO | 8/31/2011 | RELIABLE FINANCIAL | PAGO VEHICULO DE MOTOR | 587.60 |
| DEBIT MEMO | 8/15/2011 | SERVICES CHARGE | SERVICES CHARGE | 1.25 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 1,092.68 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Purpose of Account (Personal) | Personal Expenses |
|---|---|
| Type of Account (e.g., Checking) | Household Disbursement Paid Cash |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| N/A | 8/21/2011 | SAM'S CLUB | COMPRA COMIDA & OTROS PARA EL HOGAR | 51.84 |
| N/A | 8/2/2011 | COSTCO | COMPRA COMIDA & OTROS PARA EL HOGAR | 100.38 |
| N/A | 8/19/2011 | SAM'S CLUB | RECETA MEDICA | 10.05 |
| N/A | 8/19/2011 | SAM'S CLUB | RECETA MEDICA | 28.66 |
| N/A | 8/22/2011 | COSTCO | COMPRA COMIDA & OTROS PARA EL HOGAR | 93.01 |
| N/A | 8/13/2011 | COSTCO | COMPRA COMIDA & OTROS PARA EL HOGAR | 49.37 |
| 14086321 | 8/27/2011 | DUNKIN DONUTS | COMIDA | 14.94 |
| N/A | 8/19/2011 | LA PARRILLA ARGENTINA | COMIDA | 12.66 |
| 7043681 | 8/19/2011 | DUNKIN DONUTS | COMIDA | 3.20 |
| N/A | 8/19/2011 | PONDEROSA | COMIDA | 25.45 |
| N/A | 8/19/2011 | POLLO TROPICAL | COMIDA | 9.73 |
| N/A | 8/17/2011 | PONDEROSA | COMIDA | 48.33 |
| 68 | 8/13/2011 | SUBWAY | COMIDA | 6.24 |
| 84 | 8/9/2011 | WOPPER | COMIDA | 9.86 |
| N/A | 8/9/2011 | LA PARRILLA ARGENTINA | COMIDA | 13.89 |
| 856 | 8/5/2011 | COLAITO | COMIDA | 3.56 |
| 5305441 | 8/5/2011 | PONTE FRESCO | COMIDA | 3.42 |
| 262286 | 8/5/2011 | QUE PASTA | COMIDA | 13.31 |
| 26429 | 8/5/2011 | SUBWAY | COMIDA | 10.70 |
| N/A | 8/4/2011 | HOT POTATO | COMIDA | 13.42 |
| 202 | 8/3/2011 | TACO MAKER | COMIDA | 14.53 |
| N/A | 8/30/2011 | CHARLIE BOY | PEAJE | 40.00 |
| N/A | 8/30/2011 | CHARLIE BOY | PEAJE | 40.00 |
| N/A | 8/6/2011 | TEXACO LOS COLOBOS | GASOLINA | 50.00 |
| N/A | 8/1/2011 | SAN ANTON S-5 | PEAJE | 40.00 |
| 229264 | 8/28/2011 | MEGA AGROCENTRO LOS COLOBOS | COMIDA ANIMALES | 5.89 |
| 227832 | 8/24/2011 | MEGA AGROCENTRO LOS COLOBOS | COMIDA ANIMALES | 20.21 |
| 227168 | 8/20/2011 | MEGA AGROCENTRO LOS COLOBOS | COMIDA ANIMALES | 6.26 |
| 5170391 | 8/18/2011 | BIG PET SMART | COMIDA ANIMALES | 4.24 |
| 516706 | 8/17/2011 | BIG PET SMART | COMIDA ANIMALES | 7.49 |
| 518394 | 8/15/2011 | BIG PET SMART | COMIDA ANIMALES | 4.24 |
| 516267 | 8/13/2011 | BIG PET SMART | COMIDA ANIMALES | 43.04 |
| 224088 | 8/12/2011 | MEGA AGROCENTRO LOS COLOBOS | COMIDA ANIMALES | 12.52 |
| 745255 | 8/5/2011 | CANOVANAS PHARMACY | MEDICAMENTOS ANIMALES | 6.40 |
| 220947 | 8/2/2011 | MEGA AGROCENTRO LOS COLOBOS | COMIDA ANIMALES | 22.34 |
| 151241 | 8/2/2011 | VETERINARY CARE CENTER | COMIDA ANIMALES | 10.70 |
| 151228 | 8/2/2011 | VETERINARY CARE CENTER | GASTO VETERINARIO | 70.00 |
| 9300 | 8/20/2011 | JC PENNEY | COMPRA DE ROPA & ACCESORIOS | 37.45 |
| 121002454 | 8/19/2011 | BCBGMAXAZRIA | COMPRA DE ROPA & ACCESORIOS | 83.45 |
| N/A | 8/19/2011 | K-MART | COMPRA ASEO PERSONAL | 13.86 |
| N/A | 8/18/2011 | WALGREENS | COMPRA MATENIMIENTO RESIDENCIA | 7.26 |
| 671745 | 8/15/2011 | CAROLINA OFFICE & SCHOLL SUPPLY | COMPRA DE EFECTOS ESCOLARES | 12.62 |
| 91122 | 8/12/2011 | LA FAVORITA | COMPRA DE ZAPATOS | 52.97 |
| N/A | 8/20/2011 | K-MART | COMPRA DE EFECTOS ESCOLARES | 7.86 |
| N/A | 8/10/2011 | K-MART | COMPRA COMIDA PARA EL HOGAR | 56.55 |
| N/A | 8/20/2011 | K-MART | COMIDA | 15.90 |
| N/A | 8/8/2011 | MAIDENFORM | COMPRA DE ROPA & ACCESORIOS | 42.29 |
| N/A | 8/8/2011 | MAIDENFORM | COMPRA DE ROPA & ACCESORIOS | 25.91 |
| 408166 | 8/10/2011 | EYE CARE CLINIC | DEDUCIBLE | 15.00 |
| 934489161 | 8/10/2011 | OFFICEMAX | COMPRA DE EFECTOS ESCOLARES | 25.95 |
| 45111 | 8/17/2011 | LABORATORIO CLINICO LOS COLOBOS | LABORATORIO CLINICO | 5.00 |
| N/A | 8/8/2011 | WALMART | COMPRA ASEO PERSONAL | 37.08 |
| N/A | 8/8/2011 | WALGREENS | COMPRA ASEO PERSONAL | 23.87 |
| N/A | 8/18/2011 | WALMART | COMPRA EFECTOS PARA EL HOGAR | 290.70 |
| N/A | 8/8/2011 | WALGREENS | COMPRA ASEO PERSONAL | 33.93 |
| N/A | 8/4/2011 | CLAIRES BOUTIQUE | COMPRA ROPA | 34.88 |
| 499662 | 8/6/2011 | ME SALVE | COMPRA ROPA | 1.61 |
| 69555 | 8/5/2011 | ADIDAS | COMPRA TENNIS | 109.66 |
| 64357 | 8/6/2011 | TOYS R US | COMPRA DE REGALO | 16.04 |
| 16926 | 8/4/2011 | JOURNEYS | COMPRA MEDIAS | 10.65 |
| 46033 | 8/4/2011 | BURLINGTON | COMPRA ROPA | 44.82 |
| N/A | 8/5/2011 | A E E | CONSUMO ELECTRICIDAD | 445.63 |
| N/A | 8/9/2011 | COLEGIO CIEM | PAGO COLEGIO | 335.00 |
| 19255345626 | 8/20/2011 | SEARS | COMPRA ROPA COLEGIO | 66.02 |
| 3422411 | 8/17/2011 | LIBRERIA NORBERTO GONZALEZ, INC | COMPRA DE LIBROS COLEGIO | 329.54 |
| 9317161 | 8/5/2011 | FLORSHEIM | COMPRA ZAPATOS COLEGIO | 85.59 |
| 19055450406 | 8/20/2011 | SEARS | COMPRA ROPA COLEGIO | 42.76 |
| 1879 | 8/5/2011 | KONOMO | COMPRA DE BULTO PARA EL COLEGIO | 36.79 |
| 358247 | 8/12/2011 | LIBRERIA NORBERTO GONZALEZ, INC | COMPRA DE LIBROS PARA EL COLEGIO | 85.27 |
| 4752 | 8/1/2011 | LIBRERIA ECONOLIBROS | COMPRA DE LIBROS PARA EL COLEGIO | 14.98 |
| 4756 | 8/1/2011 | LIBRERIA ECONOLIBROS | COMPRA DE LIBROS PARA EL COLEGIO | 10.70 |
| N/A | 8/1/2011 | UNIFORMES OUTLETS | COMPRA DE UNIFORMES COLEGIO | 123.20 |
| N/A | 8/31/2011 | GASTO DE GASOLINA | GASTO DE GASOLINA | 250.00 |
| | | | TOTAL | 3,713.58 |

If any checks written this period have not been delivered to the payee, provide details including the payee, amount, explanation for
holding check and anticipated delivery date of check

Filter Criteria includes: Report is printed in Detail Format

| | |
|---|---:|
| Beginning GL Balance | 2,942.48 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | (591.70) |
| Ending GL Balance | 2,350.78 |
| Ending Bank Balance | 2,350.78 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 2,350.78 |

Filter Criteria includes: 1) Uncleared Transactions; 2) Checks. Report order is by Number.

| Trans No | Date | Trans Desc | Trans Amt |
|----------|------|------------|-----------|
| | | Total | |

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | 1 FIRST BANK |
|---|---|
| Account Number | 2609000625 |
| Purpose of Account (Business) | OPERATING BUSINESS ACCOUNTS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| 139 | 08/01/11 | FEBCO PAINT | COMPRA MATERIALES | 118.60 |
| 140 | 08/01/11 | ADVANCE AUTO PARTS | COMPRA MATERIALES | 112.16 |
| 141 | 08/05/11 | FEBCO PAINT | COMPRA MATERIALES | 157.00 |
| 142 | 08/10/11 | RAD TECH. INC | COMPRA MATERIALES | 273.02 |
| 143 | 08/10/11 | OLYMPIC AUTOMOTIVE | COMPRA MATERIALES | 208.12 |
| 144 | 08/10/11 | MUNICIPIO DE CAROLINA | PAGO IVU DE JULIO 2011 | 38.72 |
| 145 | 08/12/11 | MIKE PAINTS | COMPRA MATERIALES | 740.00 |
| 146 | 08/17/11 | UNIVERSAL INSURANCE | POLIZA DE SEGURO | 315.00 |
| 147 | 08/26/11 | GAS WELDING | COMPRA MATERIALES | 111.00 |
| 148 | 8/29/11 | OLYMPIC AUTOMOTIVE | COMPRA MATERIALES | 677.53 |
| 149 | 8/29/11 | GAS WELDING | COMPRA MATERIALES | 87.46 |
| 150 | 8/30/11 | MIKE PAINTS | COMPRA MATERIALES | 285.00 |
| 151 | 8/31/11 | PLATINIUM TIRE | COMPRA MATERIALES | 192.60 |
| | | | | |
| DEBIT MEMO | 8/10/2011 | SECRETARIO DE HACIENDA IVU | IVU DE JUNIO | 232.00 |
| DEBIT MEMO | 8/19/2011 | ALPHA ONE SECUTIRY | SERVICIOS DE ALARMA | 48.14 |
| DEBIT MEMO | 8/23/2011 | PRAICO | SEGURO | 118.75 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 3,715.10 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

# CASH DISBURSEMENTS DETAILS - BUSINESS

| Purpose of Account (Business) | Business Disbursement |
|---|---|
| Type of Account (e.g., Checking) | Business Disbursement Paid Cash |

| Invoice Number | Date of Invoice | Vendors | Purpose or Description | Amount |
|---|---|---|---|---|
| N/A | 07/20/11 | AT & T | CELULARES | $200.00 |
| N/A | 08/05/11 | A.A.A. | CONSUMO DE AGUA | $97.90 |
| N/A | 08/16/11 | A.E.E. | CONSUMO DE ELECTRICIDAD | 77.94 |
| N/A | 08/16/11 | A.E.E. | CONSUMO DE ELECTRICIDAD | 80.02 |
| N/A | 08/16/11 | A.E.E. | CONSUMO DE ELECTRICIDAD | 7.04 |
| N/A | 08/05/11 | P.R.T.C. | TELEFONO | 44.43 |
| 34144 | 08/25/11 | RADTECH INC | COMPRAS | 101.00 |
| 33950 | 08/15/11 | RADTECH INC | COMPRAS | 38.00 |
| 33859 | 08/11/11 | RADTECH INC | COMPRAS | 27.00 |
| 33161 | 08/30/11 | PEPBOYS | COMPRAS | 9.63 |
| 350636 | 08/09/11 | PEPBOYS | COMPRAS | 19.25 |
| 9342 | 08/31/11 | ADVANCE AUTO PARTS | COMPRAS | 20.22 |
| 5124 | 08/29/11 | ADVANCE AUTO PARTS | COMPRAS | 34.72 |
| 7099 | 08/18/11 | ADVANCE AUTO PARTS | COMPRAS | 20.21 |
| 8873 | 08/16/11 | ADVANCE AUTO PARTS | COMPRAS | 17.21 |
| 8542 | 08/11/11 | ADVANCE AUTO PARTS | COMPRAS | 48.39 |
| 8541 | 08/11/11 | ADVANCE AUTO PARTS | COMPRAS | 122.07 |
| 5819 | 08/01/11 | ADVANCE AUTO PARTS | COMPRAS | 91.86 |
| 5824 | 08/01/11 | ADVANCE AUTO PARTS | COMPRAS | 20.30 |
| 8408 | 08/05/11 | ADVANCE AUTO PARTS | COMPRAS | 149.47 |
| 5949 | 08/03/11 | ADVANCE AUTO PARTS | COMPRAS | 24.77 |
| 376393 | 08/30/11 | CABRERA AUTO PARTS | COMPRAS | 59.98 |
| 376323 | 08/29/11 | CABRERA AUTO PARTS | COMPRAS | 28.89 |
| 376085 | 08/25/11 | CABRERA AUTO PARTS | COMPRAS | 5.95 |
| 375565 | 08/18/11 | CABRERA AUTO PARTS | COMPRAS | 113.42 |
| 375181 | 08/11/11 | CABRERA AUTO PARTS | COMPRAS | 37.45 |
| 374958 | 08/08/11 | CABRERA AUTO PARTS | COMPRAS | 3.21 |
| 374973 | 08/08/11 | CABRERA AUTO PARTS | COMPRAS | 133.25 |
| 374866 | 08/06/11 | CABRERA AUTO PARTS | COMPRAS | 3.21 |
| 374796 | 08/05/11 | CABRERA AUTO PARTS | COMPRAS | 3.21 |
| 374715 | 08/04/11 | CABRERA AUTO PARTS | COMPRAS | 7.48 |
| 374586 | 08/02/11 | CABRERA AUTO PARTS | COMPRAS | 42.80 |
| 651351 | 08/26/11 | EUROPIEZAS | COMPRAS | 132.09 |
| 649540 | 08/11/11 | EUROPIEZAS | COMPRAS | 16.59 |
| 37 | 08/29/11 | EUROPAINTS | COMPRAS | 18.14 |
| 584101 | 08/25/11 | JOSAN DISTRIBUTORS | COMPRAS | 148.00 |
| 361251 | 08/25/11 | EL MONSTRO AUTO PARTS | COMPRAS | 28.89 |
| 6314 | 8/16/11 | UNIPAINT & GASES, INC. | COMPRAS | 14.98 |
| 239 | 08/05/11 | FEBCO PAINT CENTER | COMPRAS | 157.29 |
| 4586-17 | 08/01/11 | FEBCO PAINT CENTER | COMPRAS | 118.66 |
| 82265633 | 08/10/11 | 1-800-RADIATOR & A/C | COMPRAS | 101.65 |
| 67 | 08/08/11 | EURO PAINTS DIST | COMPRAS | 37.45 |
| 291140 | 08/02/11 | FERRETERIA EL METRO | COMPRAS | 4.23 |
| 291042 | 08/02/11 | FERRETERIA EL METRO | COMPRAS | 18.92 |
| 2166 | 08/02/11 | HOME DEPOT | REPARACIÓN & MANTENIMIENTO | 109.46 |
| N/A | 08/31/11 | MAMBOS PIZZA | DESAYUNO & ALMUERZO TALLER | 21.39 |
| 140 | 08/31/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 12.33 |
| 121 | 08/30/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 12.70 |
| 132 | 08/29/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 11.31 |
| 88 | 08/28/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 1.60 |
| 84 | 08/28/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 20.26 |
| 122 | 08/27/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 11.12 |
| 98 | 08/25/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 18.12 |
| 120 | 08/25/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 10.63 |
| 137 | 08/24/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 10.95 |
| 76 | 08/21/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 14.96 |
| 146 | 08/20/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 11.84 |
| 36 | 08/19/11 | CHINA HUT | DESAYUNO & ALMUERZO TALLER | 18.06 |
| 50 | 08/19/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 27.49 |
| 87 | 08/18/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 20.26 |
| 80 | 08/17/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 18.12 |
| 100 | 08/16/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 20.26 |
| 137 | 08/05/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 2.20 |
| | 08/08/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 11.30 |
| 117 | 08/10/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 13.57 |
| 902464 | 08/09/11 | TIENDITA HOLSUM | DESAYUNO & ALMUERZO TALLER | 6.20 |
| 175 | 08/08/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 10.34 |
| N/A | 08/08/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 12.33 |
| N/A | 08/08/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 11.30 |
| 165172551 | 08/13/11 | BURGER KING | DESAYUNO & ALMUERZO TALLER | 26.39 |
| 404 | 08/06/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 11.63 |
| 408 | 08/02/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 11.26 |
| 142 | 08/04/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 11.55 |
| 95 | 08/05/11 | LA BORINQUENA BBQ | DESAYUNO & ALMUERZO TALLER | 20.26 |
| N/A | 08/03/11 | CAFETERIA EL TOGON | DESAYUNO & ALMUERZO TALLER | 12.50 |
| 431 | 08/01/11 | PANADERIA MI LOCURA | DESAYUNO & ALMUERZO TALLER | 11.97 |
| N/A | | GASOLINA | GASTO DE AUTO | 180.00 |
| N/A | 8/31/2011 | MIGUEL CRUZ MEDINA | NET SALARY PAID CASH | 1,500.40 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 4,304.65 |

Filter Criteria includes. Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 3,228.68 |
| Add: Cash Receipts | | | | |
| Less Cash Disbursements | | | | (3,316.21) |
| Add (Less) Other | | | | 658.16 |
| Ending GL Balance | | | | 570.63 |
| Ending Bank Balance | | | | 1,772.23 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | May 24, 2011 | 119 | (409.00) | |
| | Aug 31, 2011 | 146 | (315.00) | |
| | Aug 31, 2011 | 150 | (285.00) | |
| | Aug 31, 2011 | 151 | (192.60) | |
| Total outstanding checks | | | | (1,201.60) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 570.63 |

Filter Criteria includes: 1) Uncleared Transactions, 2) Checks. Report order is by Number

| Trans No | Date | Trans Desc | Trans Amt |
|----------|---------|---------------------|-----------|
| 119 | 5/24/11 | POLKO TIRES | -409.00 |
| 146 | 8/31/11 | UNIVERSAL INSURANCE | -315.00 |
| 150 | 8/31/11 | MIKE PAINTS | -285.00 |
| 151 | 8/31/11 | PLATINIUM TIRE | -192.60 |
| | | Total | -1,201.60 |

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | 1 FIRST BANK |
|---|---|
| Account Number | 2601837854 |
| Purpose of Account (Business) | OTHER BUSINESS ACCOUNTS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

Filter Criteria includes. Report is printed in Detail Format

| | |
|---|---:|
| Beginning GL Balance | 4,437.38 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | 2,354.57 |
| Ending GL Balance | 6,791.95 |
| Ending Bank Balance | 6,791.95 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 6,791.95 |

# ALEX RIVERA DEGLANS DEBTOR IN POSESSION

## Outstanding Checks
### As of Aug 31, 2011
#### 10200 - First Bank-2601837854 Rent

Filter Criteria includes: 1) (Uncleared Transactions. 2) Checks. Report order is by Number.

| Trans No | Date | Trans Desc | Trans Amt |
|----------|------|-----------|-----------|
|          |      | Total     |           |

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month Aug-11 |
|---|---|---|
| Accounts Receivable Beginning Balance | | 31,100.00 |
| Plus: Billings During the Month | | 4,200.00 |
| Less: Collections During the Month | | -1,400.00 |
| Adjustments or WriteOffs* | | 0.00 |
| Accounts Receivable Ending Balance** | | 33,900.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month Jun-11 |
|---|---|---|
| 0 - 30 Days | | 2,800.00 |
| 31 - 60 Days | | 2,250.00 |
| 61 - 90 Days | | 4,200.00 |
| Over 90 Days | | 24,650.00 |
| | | |
| Total Accounts Receivable** | | 33,900.00 |

* Attach explanation of any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued | |
|---|---|---|---|
| Federal Taxes | | | |
| Withholding** | 0.00 | 0.00 | |
| FICA - Employee - Paid Quarterly | 66.10 | 66.10 | Due on 10/31/10 (paid with return) |
| FICA - Employer - Paid Quarterly | 89.51 | 89.51 | Due on 10/31/10 (paid with return) |
| Unemployment | 0.00 | 0.00 | |
| Income | 0.00 | 0.00 | |
| Other (Attach List) Disability | 0.00 | 0.00 | |
| Total Federal Taxes | 155.61 | 155.61 | |
| | | | |
| State & Local Taxes | | | |
| Withholding | 0.00 | 0.00 | |
| Sales Tax (IVU) - Paid Next Month | 0.00 | 294.72 | Paid 9/10/11 |
| Unemployment | 0.00 | 0.00 | |
| Real Property | 0.00 | 0.00 | |
| Personal Property | 0.00 | 0.00 | |
| Other (Attach List) Sinot(disability) | 0.00 | 0.00 | |
| Total State & Local Taxes | 0.00 | 294.72 | |
| Total Post-Petition Taxes | 155.61 | 450.33 | |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

N/A

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| Accounts Payable Beginning Balance* | | | |
| Plus  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

*  The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

**Attach explanation for any adjustment or write-off

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*** List any additional payables on a separate sheet and attach to this schedule

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

```
IMII 09/13/11                    DDA STATEMENT HISTORY          13.11.54  PAGE  1
ALEX RIVERA Y/O IRELSY VELAZQUEZ        ACCOUNT  001-026-0000-2609000625
DBA ALEX PROFESSIONAL MUFFLERS                DATE LAST STATEMENT      08/04/11
DEPTOR IN POSESSION-CP 11 CASE1102161ESL DATE THIS STATEMENT          09/13/11
                           *****DDA TRANSACTIONS*****
         BEGINNING      CHECKS/OTHER DEBITS  DEPOSITS/OTHER CREDITS    ENDING
          BALANCE       NBR   TOTAL AMOUNT   NBR    TOTAL AMOUNT       BALANCE
           4076.77      10       2245.17      2        1057.05         2888.65

                                                                      BALANCE
DATE   CK NBR                AMOUNT TP TRANSACTION DESCRIPTION         3958.17
08/04    139      118.60 CK DDA CHECK                                  3846.01
08/04    140      112.16 CK DDA CHECK                                  4121.01
08/05             275.00    DDA DEPOSIT                                3803.60
08/08    135      317.41 CK DDA CHECK                                  3571.60
08/10             232.00 DB DEPT DE HACIENDA ACH DB                    3298.58
08/10    142      273.02 CK DDA CHECK                                  3090.46
08/11    143      208.12 CK DDA CHECK                                  2933.46
08/11    141      157.00 CK DDA CHECK                                  3715.51
08/16             782.05    DDA DEPOSIT                                2975.51
08/16    145      740.00 CK DDA CHECK                                  2936.79
08/18    144       38.72 CK DDA CHECK                                  2888.65
08/19              48.14 DB ALPHA ONE SECURI ACH DB
PF1 - PAGE FWD
```

IMII 09/13/11                    DDA STATEMENT HISTORY            13.11.54  PAGE  2
ALEX RIVERA Y/O IRELSY VELAZQUEZ           ACCOUNT  001-026-0000-2609000625
DBA ALEX PROFESSIONAL MUFFLERS             DATE LAST STATEMENT      08/04/11
DEPTOR IN POSESSION-CP 11 CASE1102161ESL DATE THIS STATEMENT      09/13/11
                         *****DDA TRANSACTIONS*****
     BEGINNING        CHECKS/OTHER DEBITS  DEPOSITS/OTHER CREDITS    ENDING
     BALANCE        NBR    TOTAL AMOUNT    NBR   TOTAL AMOUNT        BALANCE
          4076.77   16         3361.59      2       1057.05          1772.23

DATE   CK NBR                    AMOUNT TP TRANSACTION DESCRIPTION   BALANCE
08/23                          118.75 DB PRAICO         ACH DB       2769.90
08/31      148                 677.53 CK DDA CHECK                   2092.37
08/31      147                 111.00 CK DDA CHECK                   1981.37
08/31      136                 103.43 CK DDA CHECK                   1877.94
08/31      149                  87.46 CK DDA CHECK                   1790.48
08/31      137                  18.25 CK DDA CHECK                   1772.23


LAST PAGE           PF2 - PAGE BKWD

```
IMII 09/13/11                    DDA STATEMENT HISTORY           13.13.40  PAGE  1
ALEX RIVERA Y/O IRELSY VELAZQUEZ           ACCOUNT  001-026-0000-2601837854
DEPTOR IN POSESSION-CP 11 CASE1102161ESL DATE LAST STATEMENT      08/26/11
EST DE SAN FERNANDO                          DATE THIS STATEMENT   09/13/11
                           *****DDA TRANSACTIONS*****
   BEGINNING          CHECKS/OTHER DEBITS  DEPOSITS/OTHER CREDITS        ENDING
   BALANCE        NBR   TOTAL AMOUNT    NBR    TOTAL AMOUNT             BALANCE
        4437.38    0           0.00      1             1.56             4438.94

DATE   CK NBR                  AMOUNT TP TRANSACTION DESCRIPTION         BALANCE
08/26                           1.56 CR INTEREST PAID                    4438.94
```

```
IMI3 09/13/11                DDA STATEMENT INQUIRY          13.13.49 PAGE   1
ALEX RIVERA Y/O IRELSY VELAZQUEZ        ACCOUNT  001-026-0000-2601837854
DEPTOR IN POSESSION-CP 11 CASE1102161ESL DATE THIS STATEMENT      09/13/11
EST DE SAN FERNANDO                      DATE LAST STATEMENT       08/28/11
                           *****DDA TRANSACTIONS*****
    BALANCE         CHECKS/OTHER DEBITS  DEPOSITS/OTHER CREDITS      BALANCE
LAST STATEMENT    NBR    TOTAL AMOUNT   NBR    TOTAL AMOUNT    THIS STATEMENT
       4438.94      0          0.00      1        2353.01           6791.95

DATE  CK NBR            AMOUNT TY TRANSACTION DESCRIPTION            BALANCE
08/30                 2353.01   DDA DEPOSIT                         6791.95
```

```
IMII 09/13/11              DDA STATEMENT HISTORY        13.13.22  PAGE  1
ALEX RIVERA Y/O IRELSY VELAZQUEZ        ACCOUNT  001-026-0000-2601837843
DEPTOR IN POSESSION-CP 11 CASE1102161ESL DATE LAST STATEMENT   07/29/11
EST DE SAN FERNANDO                       DATE THIS STATEMENT   09/13/11
                         *****DDA TRANSACTIONS*****
   BEGINNING        CHECKS/OTHER DEBITS  DEPOSITS/OTHER CREDITS      ENDING
   BALANCE      NBR   TOTAL AMOUNT   NBR    TOTAL AMOUNT            BALANCE
        514.47   4        115.08      2         2428.99            2828.38

DATE   CK NBR              AMOUNT TP TRANSACTION DESCRIPTION        BALANCE
07/29                    2428.01    DDA DEPOSIT                     2942.48
08/01                       9.96 DB ATM  AMAZON MKTPLACE PM         2932.52
08/01                       4.00 DB ATM  AMAZON MKTPLACE PM         2928.52
08/11                      99.87 DB 7765200DIRECTV01 ACH DB         2828.65
08/15                       1.25    DEBIT CARD FEE                  2827.40
08/26                       0.98 CR INTEREST PAID                   2828.38
```

```
IMI3 09/13/11              DDA STATEMENT INQUIRY        13.15.13 PAGE   1
ALEX RIVERA Y/O IRELSY VELAZQUEZ        ACCOUNT  001-026-0000-2601837843
DEPTOR IN POSESSION-CP 11 CASE1102161ESL DATE THIS STATEMENT    09/13/11
EST DE SAN FERNANDO                      DATE LAST STATEMENT     08/28/11
                          *****DDA TRANSACTIONS*****
   BALANCE        CHECKS/OTHER DEBITS  DEPOSITS/OTHER CREDITS     BALANCE
LAST STATEMENT   NBR    TOTAL AMOUNT   NBR    TOTAL AMOUNT   THIS STATEMENT
      2828.38     7        2437.09      2        1500.00          1891.29

DATE   CK NBR           AMOUNT TY TRANSACTION DESCRIPTION         BALANCE
08/29                   390.00    ATM   CRACK THE EXAM PRE        2438.38
08/30                   500.00    DDA DEPOSIT                     2938.38
08/31                   587.60    RELIABLE FINANCE ACH DB         2350.78
09/06                   320.00    ATM   AMERICAN DENTAL AS
09/06                   259.00    ATM   CANADA DRUGS ONLIN
09/06                   247.99    POS   FARMACIA SAN GABRI        1523.79
09/07                  1000.00    DDA DEPOSIT                     2523.79
09/09                   112.50    LIBERTY FINANCE  ACH DB         2411.29
09/12                   520.00    CUD SALUD        ACH DB         1891.29
```



```
R7731 T23  P1  *******AUTO**5-DIGIT 00985        021-CUENTA PERFECTA
       IIllulltudlalalalalatalabalalalllludalulllludlutlloull       IM-026

ALEX RIVERA Y/O IRELSY VELAZQUEZ
DEPTOR IN POSESSION-CP 11 CASE1102161ESL
EST DE SAN FERNANDO                              0* 2601837843
H7 CALLE 1
CAROLINA PR  00985-5207
```

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 514.47 | 2 | 2428.99 | 4 | 115.08 | .00 | 2,828.38 |

```
INTEREST EARNED THIS PERIOD                      .98
ANNUAL PERCENTAGE YIELD EARNED                 0.40%
DAYS IN PERIOD                                   32
YTD INTEREST PAID                              2.06
YTD TAX WITHHELD                                 .00
AVERAGE BALANCE                             2,797.66
```

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
   DATE..........AMOUNT..........DESCRIPTION

   07/29      2,428.01          DEPOSIT
   08/26          0.98          INTEREST PAID


OTHER DEBITS
   DATE..........AMOUNT..........DESCRIPTION

   08/01          9.96          072911*073268-ATM WITHDRAWAL
                                AMAZON MKTPLACE  AMZN.COM/BIL WA
   08/01          4.00          072911*072911-ATM WITHDRAWAL
                                AMAZON MKTPLACE  AMZN.COM/BIL WA
   08/11         99.87          ACH DB -081111-011223004250896
                                7765200DIRECTV01                 7877765200
   08/15          1.25          DEBIT CARD FEE
```

```
* * * * * * * * OVERDRAFT AND RETURNED ITEMS FEES SUMMARY * * * * * * * * *
TOTAL OVERDRAFT FEES/ THIS PERIOD               0.00
TOTAL OVERDRAFT FEES/ YEAR TO DATE              0.00

TOTAL RETURNED ITEMS FEES/THIS PERIOD           0.00
TOTAL RETURNED ITEMS FEES/YEAR TO DATE          0.00

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * *
   DATE........BALANCE    DATE........BALANCE    DATE........BALANCE
   07/27        514.47    08/01     2,928.52     08/15     2,827.40
   07/29      2,942.48    08/11     2,828.65     08/26     2,828.38
```



ACCOUNT   2601837843

*
*
*