**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | |
| | CASE NO. 11-02161 ESL |
| ALEX ROBERTO RIVERA DEGLANS | Chapter 11 |
| IRELSY JOANNA VELAZQUEZ REYES | |
| | |
| XXX-XX-2546 | |
| XXX-XX-8689 | |
| | FILED & ENTERED ON 10/12/2011 |
| Debtor(s) | |

**O R D E R**

The court having considered the application of the Debtors to employ an accountant and declaration in support thereof, and it appearing that CARLOS E RODRIGUEZ RIVERA, CPA is a disinterested person and that the employment of said Accountant is in the best interest of this estate, it is hereby

ORDERED that the Debtors herein is authorized to employ CARLOS E RODRIGUEZ RIVERA, CPA as Accountant, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications thereof.

SO ORDERED.

San Juan, Puerto Rico, this 12 day of October, 2011.

*Enrique S. Lamoutte Inclan*
U.S. Bankruptcy Judge

CC: DEBTOR(S)
ENRIQUE M ALMEIDA BERNAL
UST
CARLOS E RODRIGUEZ RIVERA, CPA